POOLE · SHAFFERY
400 SOUTH HOPE STREET, SUITE 720, LOS ANGELES, CA 90071
TELEPHONE: (213) 439-5390   FACSIMILE: (213) 439-0183

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIERA; and DEBORAH CHASE;<br><br>    Plaintiffs,<br><br>vs.<br><br>SOMATICS, LLC,<br><br>    Defendants. | Case No.: 2:17-CV-06686-RGK-PJW<br>[Assigned to Hon. R. Gary Klausner, Court Room 850]<br><br>**[PROPOSED] ORDER ON OBJECTION BY SOMATICS, LLC TO DECLARATION OF PETER BREGGIN, M.D. USED IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** September 4, 2018<br>**Time:** 9:00 a.m.<br>**Courtroom:** 850<br><br>Trial Date: October 2, 2018 |

## ORDER

  Having considered the objection by Defendant, SOMATICS, LLC ("Somatics") to the opinions of Peter Breggin, M.D., the Court orders:

///

1

**[PROPOSED] ORDER ON OBJECTION BY SOMATICS, LLC TO DECLARATION OF PETER BREGGIN, M.D., USED IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. Somatics' objection to the opinion from Peter Breggin, M.D. that electroconvulsive therapy causes brain damage is SUSTAINED;

2. [ _____
_____
_____.]

Dated: _____                    _____
                                       Hon. R Gary Klausner

POOLE SHAFFERY
400 South Hope Street, Suite 720, Los Angeles, CA 90071
Telephone: (213) 439-5390   Facsimile: (213) 439-0183