David M. Karen, Esq. (State Bar No. 117883)
dk@dk4law.com

**DK LAW GROUP, LLP**
3155 Old Conejo Road
Thousand Oaks, CA 91320
Tel: (805) 498-1212
Fax: (805) 498-3030

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIERA; DEBORAH CHASE,<br><br>                Plaintiffs,<br><br>        v.<br><br>SOMATICS, LLC<br><br>                Defendant. | Case No.: 2:17-cv-06686 RGK(PJW)<br><br>Assigned to: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>**PLAINTIFFS' EXPERTS'<br>NARRATIVE STATEMENTS**<br><br>**Trial Date:  October 2, 2018** |

        Plaintiffs Jose Riera and Deborah Chase ("Plaintiffs") hereby intend to call the following expert witnesses referenced and identified herein and have set forth short narrative statements of the qualifications of each expert and the testimony expected to be elicited at trial.

///

///

///

///

///

///

PLAINTIFFS' EXPERTS' SHORT NARRATIVE STATEMENTS

## 1. __Janet Arrowsmith, M.D.__

### A.    Qualifications:

Janet Arrowsmith, M.D., is a U.S. Food and Drug Administration (FDA) regulatory and epidemiology expert providing regulatory consultation and assistance to companies and clients subject to or affected by the laws and regulations promulgated by and on behalf of the FDA. She assisted in drafting aspects of the postmarket surveillance regulations applicable to medical devices, including those codified in 21 C.F.R. § 820 et seq. and 21 C.F.R. § 803 et seq. As acting Director of the Office of Surveillance and Biometrics, Center for Devices and Radiological Health, she worked with the regulated industry and the FDA to refine aspects of the Medical Device Reporting (MDR) regulations to assure that compliance with the final regulations would help produce postmarket surveillance data useful to the FDA and industry in monitoring the safety and performance of medical devices and radiation-emitting devices marketed in the U.S.

Dr. Arrowsmith received her Doctor of Medicine at Tulane University in 1979 and American Board of Internal Medicine in September of 1986. She has also authored numerous publications, served as a reviewer for the 2006 Congress of Epidemiology abstracts, and performed many other professional activities. See complete list of bibliography and professional experience in Janet Arrowsmith's curriculum vitae attached hereto as **Exhibit A**.

### B.    Testimony expected to be elicited at trial:

Dr. Arrowsmith is expected to testify as to the following opinions:

1) FDA's postmarket surveillance obligations;

2) Processes by which postmarket surveillance data is analyzed within and outside FDA upon submission by manufacturers;

3) Significance of MAUDE data and database;

4) How information from MAUDE can reach the medical profession;

5) Effects of a manufacturer's failure to conduct postmarket surveillance on information available to the medical profession; and

6) Related FDA compliance standards.

**2.   Peter R. Breggin, M.D.**

**A.   Qualifications:**

Early in his career, Dr. Breggin administered Electroconvulsive Therapy (ECT) and supervised a ward upon which ECT was performed. Throughout his profession, he observed the effects of ECT, and since 1979, Dr. Breggin has authored a multitude of writings and research addressing ECT and the resultant brain damage caused from ECT.

Dr. Breggin graduated with honors from Harvard College, and he received the highest grade in the country (99%) on the psychiatry portion of the Diplomat of National Board awarded by the National Board of Examinations. See complete list of Dr. Breggin's professional books authored, peer-reviewed publications, awards and honors, and court-qualified testimony in his "Resume, Bibliography, and Legal Cases" attached hereto as **Exhibit B.**

**B.   Testimony expected to be elicited at trial:**

Peter R. Breggin, M.D., is expected to testify as to the following opinions:

1) The history of ECT;

2) The competing views of any efficacy of ECT; and

3) Brain damage caused by ECT.

**3.   Kenneth Castleman, Ph.D.**

**A.   Qualifications:**

Dr. Castleman received his Bachelor of Science in Electrical Engineering, and his Master of Science and Ph.D. in Electrical Engineering and Biomedical Engineering (application of engineering techniques to biomedical problems) at the University of Texas in Austin. His entire career has been dedicated to scientific research and technology development. With over 45 years of experience, he holds

image analysis and image processing patents and has served on various university and government advisory committees. He has imaging expertise in identifying the mechanism of damage caused to the brain by the electricity from ECT. See complete list of Dr. Castleman's publications, honors, industrial consulting, and professional summary in his curriculum vitae attached hereto as **Exhibit C.**

      **B.**    **Testimony expected to be elicited at trial:**

Kenneth Castleman, Ph.D., is expected to testify as to the following opinions:

1) Effects of electricity on biological tissues;

2) Heating and electroporation as mechanisms of causing brain damage;

3) Brain damage from ECT; and

4) Deficiencies in literature relating to mechanisms of injury resulting from ECT.

**4. <u>Moira Dolan, M.D.</u>**

      **A.**    **Qualifications:**

Dr. Dolan has had years of experience conducting government and commercial health insurance case reviews and audits in her roles as State Affiliated Medical Consultant to the Texas Office of Inspector General, The Texas Department of Health, Social Security Administration, and as Medical Director for recovery audit contract firms on behalf of Medicare and Medicaid. Dr. Dolan's activities at these positons included detailed case reviews for medical necessity adjudications on inpatient and outpatient psychiatric therapies including ECT. As a consultant, Dr. Dolan became familiar with the medical cases of many ECT recipients, including interviewing the patients about their experiences, reviewing in detail their medical records, treatment facility records, and informed consent forms. She has also undertaken an extensive review and analysis of hundreds of published studies regarding ECT.

Dr. Dolan is a medical doctor licensed by the Texas State Board of Medical Examiners in 1990. She has an ongoing practice in Internal Medicine. She also is

licensed in Mississippi and Washington, DC, and has been certified since 1988 with the American Board of Internal Medicine. See complete list of Dr. Dolan's licensures, public presentations, and professional summary in her curriculum vitae attached hereto as **Exhibit D.**

    **B.**    **Testimony expected to be elicited at trial:**

Moira Dolan, M.D., is expected to testify as to the following opinions:

1) Methodological flaws and characteristics of the medical literature relating to ECT;

2) Inadequacy of informed consent for ECT;  and

3) Injurious effects of ECT, including brain damage generally.

**5**. <u>**Johnathan Emord, Esq.**</u>

    **A.**    **Qualifications:**

Mr. Emord is a licensed attorney experienced in federal food and drug law. His firm, Emord & Associates, P.C., has prosecuted and prevailed in multiple actions filed against the FDA. He co-authored the Citizen Petition submitted on August 24, 2016, filed with the FDA on behalf of several patients injured by ECT devices.

    **B.**    **Testimony expected to be elicited at trial:**

Johnathan Emord, Esq., is expected to testify as to the following opinions:

1) Regulatory history of ECT industry;

2) Interactions and history of compliance of ECT manufacturers with FDA;

3) Insufficiency of manufacturer's compliance in their submissions to the FDA.

**6.** <u>**Richard J. Perrillo, Ph.D.**</u>

    **A.**    **Qualifications:**

Dr. Perrillo has extensive experience in evaluating and assessing traumatic and genetic variety brain injuries and insults due to various causes including, but not limited to, ECT. As part of his practice, he also has extensive experience in the

-5-

evaluation and study of the effects of ECT on many patients and has been involved in numerous matters assessing and evaluating the nature and extent of impairment of cognitive function that occurs following ECT.

Dr. Perrillo received his Ph.D. in Clinical and Counseling Psychology from the University of Utah in 1978. His program of study was sponsored both by the Departments of Psychology and Educational Psychology and was specifically designed to meet the highest educational standards set by the American Psychological Association for the Scientist/Practitioner Model of training for psychologists. Dr. Perrillo has had FBI clearances for high security environments, been on multiple standardizations committees for well-known neuropsychological tests (for more than 25 years), has personally evaluated thousands of individuals, and published several studies with the University of California, San Francisco Medical School.   See summary of Dr. Perrillo's Professional Biography attached hereto as **Exhibit E.**

**B.     Testimony expected to be elicited at trial:**

Richard J. Perrillo, Ph.D., is expected to testify as to the following opinions:

1) The nature, extent and conclusions reached as a result of the battery of neuropsychological testing performed upon Jose Riera and Deborah Chase;

2) The nature and extent of damages caused to Jose Riera and Deborah Chase from ECT;

3) Brain damage caused to Jose Riera and Deborah Chase by ECT;

4) The nature and extent of related complications expected to occur over time as a result of the damages caused by ECT; and

5) Loss of earnings and earnings capacity.

Dated:  September 11, 2018

**DK LAW GROUP, LLP**
*/s/ David M. Karen*
David M. Karen, Esq.
Attorney for Plaintiffs

-6-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### PROOF OF SERVICE
(F.R.Civ.P. Rule 5(b); U.S.D.C., C.D. Cal., L.R. 5-3; C.C.P. §§ 1013a, 2015.5)

**Jose Riera, et al. v. Somatics, LLC**
United States District Court Case No. 2:17-CV-06686-RGK-PJW

I am employed in the County of Los Angeles, State of California; I am over
the age of 18 years and not a party to the within action; my business address is 3155
Old Conejo Road, Thousand Oaks, CA 91320.

On September 12, 2018, I served the foregoing document described as:
**Plaintiffs' Expert Narratives** on the interested parties in said action
as follows:

SEE ATTACHED SERVICE LIST

☐ By Mail [Federal] I placed such envelope with postage thereon fully prepaid
in the United States mail at Los Angeles, California.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically
filed the documents with the Clerk of the Court using the CM/ECF system, which
sent notification of that filing to the persons listed below.

☐ I caused said document(s) to be transmitted by email to each addressee set
forth below on this date. The transmission of this document was complete and
without error.

☐ I caused such envelope to delivered via overnight delivery to the party(ies)
listed on the attached mailing list.

Executed on September 12, 2018, at Thousand Oaks, California.

☐ [State] I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of
this Court at whose direction this service was made.

*/S/ David M. Karen*
David M. Karen, Declarant

## SERVICE LIST

1

2    **Jose Riera, et al. v. Somatics, LLC**
     United States District Court Case No. 2:17-CV-06686-RGK-PJW

3

4

5    David S. Poole                                      Counsel for Somatics, LLC
     Jason A. Benkner

6    **POOLE & SHAFFERY, LLP**

7    400 South Hope Street, Suite 720
     Los Angeles, California 90071-2809

8    T:  (213) 439-5390
     F:  (213) 439-0183

9    E: dpoole@pooleshaffery.com

10       jbenkner@pooleshaffery.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28