# Resume, Bibliography, and Legal Cases
## Peter R. Breggin, M.D.

### CONTENTS

*I. BACKGROUND HIGHLIGHTS*

*II. HIGHLIGHTS OF PROFESSIONAL ACTIVITIES*

*III. PROFESSIONAL BOOKS*

*IV. PEER-REVIEWED PUBLICATIONS*

*V. SELECTED BOOK CHAPTERS*

*VI. AWARDS AND HONORS*

*VII. COURT-QUALIFIED TESTIMONY*

### I. BACKGROUND HIGHLIGHTS

Harvard College (Cambridge) (1954-58):

Graduated with Honors.

Directed Harvard-Radcliffe Mental Hospital Volunteer Program.

Research grants from Harvard Medical School and the National Institute of Mental Health (NIMH).

Co-authored 1st professional book, College Students in a Mental Hospital (1962).

*Harvard Crimson,* writer (editorial page).

Case Western Reserve School of Medicine (Cleveland) (1958-1962):

Conducted four years of psychopharmacology lab research with controlled animal trials supported by NIMH grant, resulting in first two published papers in

1

psychopharmacology.

Special four-year individual tutorial with pediatrician Benjamin Spock, M.D.

Diplomat, National Board of Medical Examiners (1963):

Highest grade in country (99%) on psychiatry portion of boards used to qualify for medical licenses.

Massachusetts Mental Health Center (Boston) (1963-64):

First Year Resident in Psychiatry at the main Harvard teaching hospital.

Teaching Fellow at Harvard Medical School.

State University of New York Upstate Medical Center (Syracuse) (1962-63, 1964-66):

Intern in Mixed Medicine and Psychiatry.

Second and Third Year Resident and Teaching Assistant in Psychiatry.

National Institute of Mental Health (NIMH) and U. S. Public Health Service Officer (Charlottesville, VA and Bethesda, MD) (1966-68):

Full-time NIMH Consultant in Building and Staffing Community Mental Health Centers (1966-67).

Full-time NIMH Consultant in Mental Health and Education (1967-68).

University of Maryland (1968-1970):

Faculty, courses in counseling department.

Washington School of Psychiatry (1968-1972):

Faculty, courses for school counselors.

George Mason University (1990-96):

Adjunct Professor of Conflict Analysis and Resolution, courses on brain and behavior, and on conflict resolution, domestic violence and child abuse.

Johns Hopkins University (1996-99):

Faculty Associate in the Department of Counseling and Human Services, courses

2

including psychopharmacology and diagnosis in psychiatry.

State University of New York (SUNY), Oswego (2007-2008, 2010-2014):

Visiting Scholar in the Department of Education, Division of Counseling and Psychological Services, courses including psychopharmacology and psychotherapy (2007-2008). Adjunct Professor, courses on Empathic Therapy and Critical Psychology (2010-2012).

## *II. HIGHLIGHTS OF PROFESSIONAL ACTIVITIES*

Private Practice of Psychiatry, Ithaca, New York, (2003-present):

In November 2002, all of my professional activities (see below) moved to Ithaca, New York.

Private Practice of Psychiatry, Washington, DC and Bethesda, MD. (1968-2002):

Full-time private practice with individuals, couples and families with children.

Subspecialty clinical psychopharmacology and the drug approval process.

Founder and Director, Center for the Study of Empathic Therapy, Education and Living (www.empathictherapy.org), 2010-present:

This new nonprofit organization led by Dr. and Mrs. Breggin has a large Advisory Council that includes many psychiatrists, neurologists, psychologists, social workers and counselors, including professors and heads of department. Many public advocates and interested citizens also participate. The Center offers a free newsletter, a professional network, and an annual Empathy Therapy Conference. Dr. Breggin's many decades of reform work have led others to call him "The Conscience of Psychiatry." He continues his reform work with renewed emphasis on finding better, empathic approaches to helping children and adults in emotional distress.

Founder and Director, International Center for the Study of Psychiatry and Psychology (1972-2002) and Director Emeritus (2002-2010):

Dr. Breggin, joined by his wife in the 1980s, developed this first professional organization devoted to psychiatric reform.

Editor-in-Chief (1998-2002) and Founding Editor and Consultant (2002-present) of *Ethical Human Sciences and Services: An International Journal of Critical Inquiry.* Now entitled *Ethical Human Psychology and Psychiatry.*

Founded and edited a peer-reviewed journal with 40 contributing editors published by

Springer Publishing Company.

Editorial Consultant:

*International Journal of Risk and Safety in Medicine*
*The Psychotherapy Patient*
*The Humanistic Psychologist*
*Journal of Mind and Behavior*
*Hospital and Community Psychiatry (reviewer in past)*
*Journal of Medical Ethics (reviewer)*
*Medical Hypotheses (reviewer)*

Scientific Presenter at Conferences, Grand Rounds, Universities:

Many presentations at professional conferences each year. Two highlights:

Selected Recent Presentations

U.S. House of Representatives, Committee on Veterans Affairs, February 24, 2010, Washington, DC, Hearings chaired by Rob Filner (D-CA) on "Exploring the Relationship Between Medication and Veteran Suicide," 35-minute lead off testimony on "Antidepressant-Induced Suicide and Violence: Risks for Military Personnel." Audio of complete hearings and written presentations available on www.breggin.com.

20th Annual International Military and Civilian Combat Stress Conference, Los Angeles, May 2012. "Does Psychiatric Medication Increase the Risk and Prevalence of Suicide?"

Past Presentations

Hundreds of invited scientific presentations on psychopharmacology, shock treatment, psychosurgery, psychotherapy, and legal issues, including to the National Institutes of Health (NIH) Consensus Development Conferences on Diagnosis and Treatment of Attention Deficit Hyperactivity Disorder (November 1998); the NIH Consensus Development Conference on Electroconvulsive Therapy (1985); National Institutes of Health Panel on NIH Research on Anti-social, Aggressive and Violence-related Behaviors and Their Consequences (1994); National Institute of Mental Health (NIMH) Guest Speakers Program; U.S. House of Representatives Committee on Education (September 2000); American Psychiatric Association; NIH Institute on Hospital and Community Psychiatry; American Psychological Association; American Orthopsychiatry Association; American Autism Society; American Association for the Advancement of Science; American Counseling Association, Connecticut Psychiatric Society Residents Program, Harvard University School of Education Special Lecture; Georgetown University School of Medicine Department of Pharmacology; New Jersey Medical School Department of Psychiatry Annual Medical Forum; Walter Reed Army Hospital Psychiatric Residency Program; National Naval Medical Center; Metropolitan Hospital Center/New York Medical College Department of Psychiatry; Manhattan State Hospital (New York City) Grand Rounds; Spring Grove Hospital (Maryland) CME Credit

Seminars; Chestnut Lodge Hospital Case Conference; St. Elizabeths Hospital Grand Rounds and Seminars (Washington, DC); Regents College of Psychotherapy and Counseling (London); Institute for Genetics (Cologne); Royal Ottawa Hospital Grand Rounds (Canada); MIND of Great Britain; University of Sheffield Department of Psychiatry (England).

Special Presentations and Advanced Training Courses related to Clinical Psychopharmacology:

I have presented at and/or attended a number of lengthy several-day-long training workshops on the drug approval process that dealt with the FDA approval process and drug labeling. The following seminars, including several at which I made presentations, dealt extensively with adverse drug reactions, drug development, labeling and related processes:

(1) "Regulatory Training Course I: IND [Investigative New Drug] Phase." A course in how drug companies develop an IND for the FDA in accordance with FDA statutes, regulations, and guidelines. DIA (Drug Information Association). Bethesda, Maryland, February 26-28, 1996.

(2) "Future development of neuroleptic medications: A report to the FDA." This was a report to an FDA Meeting of the Psychopharmacologic Drugs Advisory Committee concerning labeling issues and the future development of neuroleptic medications. It was published as "Future development of neuroleptic medications: A report to the FDA" in the Rights Tenet (Newsletter of the National Association for Rights Protection and Advocacy) Fall 1995.

(3) "Regulatory Training Course II: Marketing Application & Post Approval Phase." A course in how drug companies develop an NDA [New Drug Application], as well as post-approval activities, in accordance with FDA statutes, regulations, and guidelines. DIA (Drug Information Association), Bethesda, Maryland, March 27-29, 1996.

(4) "Clinical Therapeutics and the Recognition of Drug-Induced Disease: How Health Care Professionals and the FDA Can Work Together to Reduce the Risks of Adverse Drug Events." A workshop focused on the spontaneous reporting system presented by the Center for Drug Evaluation and Research (CDER) of the FDA, Georgetown University School of Medicine, Washington DC, June 10, 1994.

(5) "The Application of GCP [Good Clinical Practices] for Study Site Coordinators and Business Administrators." Described as "a comprehensive, practical overview of the responsibilities of the investigator, the clinical study coordinator assisting the investigator, and the sponsor in the conduct of a clinical trial" for FDA approval of a drug. DIA (Drug Information Association), Philadelphia, December 11-13, 1995.

(6)"Pharmaceutical Industry Crisis Management Workshop." Purpose described
as "to develop the participants knowledge of the fundamental elements of crises
and crisis management in the pharmaceutical industry." Initial day covered
handling of a variety of issues, including New Drug Applications (NDAs), FDA
regulations and industry relations, recalls, adverse drug event reporting, and
clinical trial standards. DIA (Drug Information Association), Washington, DC,
December 4, 2000.

(7) "Ritalin Litigation." Described as "The medical and legal roadmap to trying
or defending your Ritalin suit successfully," including presentations on stimulant
drug treatment, ADHD, and the role of the FDA and DEA in monitoring industry
activities. I presented on "The science behind the lawsuits" (including labeling
issues) and also attended. The American Conference Institute, New York City,
March 29, 2001.

(8) "Emerging Drug Litigation Conference." One-half day on class action suits at
which I presented on "The Science and Medicine of Ritalin" (including labeling
issues) and also attended. Mealey's (Lexis/Nexis). New Orleans, May 17, 2001.

(9) "Adverse Effects of SSRI Medications: A Medical Legal Conference."
Labeling was a key issue at this conference focused on product liability. I
presented on "Adverse Psychiatric Effects of SSRI Antidepressants" (including
labeling issues) and attended conference. Extant Medical Legal Consulting.
Philadelphia, October 4-5, 2002.

(10) "SSRI-Induced Stimulation, Suicidality and Violence in Children and
Adults." These were public presentations to two FDA Advisory Committee
meetings on modifying the labeling for SSRI-induced suicidality in children.
Each meeting involved the Psychopharmacologic Drugs Advisory Committee and
the Pediatric Advisory Committee. I summarized evidence for a stimulant
syndrome that causes suicidality and violence that should be included in the label.
The label changes later adopted by the FDA closely parallel my suggestions in my
presentations and publications. Bethesda, Maryland, February 2, 2004 and
September 13, 2004.

(11) "Anti-Depressant Suicidality and Violence: More about Deception than
Science. Observations Made at the FDA Hearings Press Conference, sponsored
by the Alliance for Human Research protection (AHRP)." I address issues
surrounding what kind of material gets into FDA-approved labels, including the
limitations of that data. Other presenters discussed related issues. Bethesda,
Maryland, September 14, 2004.

(12) "Stimulation, Violence and Suicide as Adverse Reactions to SSRIs in
Children and Adults." Public Presentations and attendance at two FDA Advisory
Committee meetings on modifying the labeling for SSRI-induced suicidality in

children (three days total).  Each meeting involved the Psychopharmacologic Drugs Advisory Committee and the Pediatric Advisory Committee.  I summarized evidence for a stimulant syndrome that causes suicidality and violence that should be included in the label.  The label changes later adopted by the FDA closely parallel my suggestions in my presentations and publications.  Bethesda, Maryland, February 2, 2004 and September 13, 2004.

(13) "Anti-Depressant Suicidality and Violence: More about Deception than Science.  Observations Made at the FDA Hearings Press Conference, sponsored by the Alliance for Human Research protection (AHRP)."  I address issues surrounding the quality of the data drug companies generate and what ultimately gets into FDA-approved labels.  Other presenters discussed related issues. Bethesda, Maryland, September 14, 2004.

Selected Highlights as a Medical Expert, Researcher and Reformer:

(1)  Starting in 1972, for approximately a decade, I devoted a considerable portion of my professional work to conducting an educational campaign to stop the resurgence of lobotomy and psychosurgery in North America, Europe and elsewhere.  I worked closely with U.S. Senators, including J. Glenn Beall and Steve Symms, and U.S. Congressmen, including Louis Stokes and Ron Dellums.  With them, I wrote legislation creating the federal Psychosurgery Commission, which declared psychiatric brain surgery experimental and unsuitable for clinical practice.  My work with Congressmen Stokes and Dellums, press conferences we held together, and address I gave to the annual meeting of the Black Caucus helped stopped operations on institutionalized black children at the University of Mississippi in Jackson (see Professional Publications, Nos. 9, 23 and others).  I called for Senator Ted Kennedy to have his Health Committee hold a hearing on psychosurgery and then testified.  I was the psychiatric expert and consultant in Kaimowitz v. Department of Mental Health, Wayne County, Michigan (1973). The three-judge panel followed my testimony in an opinion that helped to stop lobotomy and psychosurgery in the state and federal facilities around the country.  This is considered a landmark case in the history of psychiatry and the law.  I wrote numerous books chapters and scientific articles, spoke at professional meetings and universities, and appeared as an expert on innumerable radio and television news reports and shows.  My efforts stopped most of the known psychosurgery programs in Europe and North America including at NIH and the VA.  Later on, in 2002, I was the psychiatric expert in a trial that ended favorably for the plaintiff and stopped psychosurgery at one of the last holdouts, the Cleveland Clinic (See Resume, Part VII, Case 52).   My reform work, including the antipsychosurgery campaign, is documented in a book: International Center for the Study of Psychiatry and Psychology (Eds.) (2009).  *The Conscience of Psychiatry:  The Reform Work of Peter R. Breggin, MD*.  Ithaca, New York: Lake Edge Press.

(2) Medical expert for the 100 or more combined Prozac product liability suits (1992-1994) against Eli Lilly, including the famous Wesbecker trial (Fentress et al.) that the drug company secretly settled in a controversial manipulation of the court system.

(3 Medical expert and consultant in many tardive dyskinesia malpractice and

7

product liability suits.

(4 Medical expert in numerous criminal cases with defenses based on involuntary intoxication with psychiatric drugs.

(5) Invited Scientific Presenter on adverse drug effects in children at the November 1998 National Institutes of Health (NIH) Consensus Development Conference on the Diagnosis and Treatment of Attention Deficit Disorder.

(6) Medical consultant for the FAA (Federal Aviation Agency) concerning effects of SSRIs on pilots (1998-2000).

(7) Testimony before the Food and Drug Administration (FDA) on the dangers of SSRI antidepressants in children (February 2004). The published opinion of the FDA panel closely paralleled my testimony and publications about the overall risk of stimulation (activation) with the potential for agitation, violence and suicide.

Memberships:

Current:
American Psychiatric Association (Life Member)
Canadian Psychiatric Association
World Association of Medical Editors

Until approximately 2005-6
Royal Society of Medicine
Regulatory Affairs Professionals Society (RAPS)
Drug Information Association (DIA)
American Psychological Association
American Orthopsychiatric Association (Fellow)

Medical Licenses:

New York State, Washington, D.C., Maryland, and Virginia (last three inactive)

### III. PROFESSIONAL BOOKS

1. College Students in a Mental Hospital: Contribution to the Social Rehabilitation of the Mentally Ill (New York, Grune & Stratton, 1962) (jointly authored by Carter Umbarger, James Dalsimer, Andrew Morrison, and Peter Breggin).

2. Electroshock: Its Brain-Disabling Effects (Springer, NY, 1979).

3. Psychiatric Drugs: Hazards to the Brain (Springer, NY, 1983).

4. Toxic Psychiatry (St. Martin's, NY, 1991).

5. Beyond Conflict (St. Martin's, NY, 1992).

8

6. Talking Back to Prozac (with Ginger Breggin) (St. Martin's, NY, 1994).

7. The War Against Children (with Ginger Breggin) (St. Martin's, NY, 1994).

8. Psychosocial Approaches to Deeply Disturbed Persons (senior editor) (Haworth Press, NY, 1996).

9. Brain-Disabling Treatments in Psychiatry: Drugs, Electroshock and the Role of the FDA (Springer, NY, 1997).

10. The Heart of Being Helpful: Empathy and the Creation of a Healing Presence (Springer, NY, 1997; new paperback edition in 2006).

11. Talking Back To Ritalin (Common Courage Press, ME, 1998).

12. The War Against Children of Color: Psychiatry Targets Inner City Children. (Common Courage Press, ME, 1998) (with Ginger Breggin) Revision and update of The War Against Children.

13. Your Drug May Be Your Problem: How and Why To Stop Taking Psychiatric Medications. (Perseus Books, Cambridge, MA, 1999) (Co-authored by David Cohen, Ph.D).

14. Reclaiming Our Children: A Healing Solution to a Nation in Crisis. (Perseus Books, Cambridge, MA, 2,000).

15. Talking Back to Ritalin, Revised Edition. (Perseus Books, Cambridge, MA, 2001).

16. The Antidepressant Fact book. (Perseus Books, Cambridge, MA, 2001).

17. Dimensions of Empathic Therapy (jointly co-edited by Ginger Breggin and Fred Bemak) (Springer Publishing Company, NY, 2002).

18. The Ritalin Fact Book. (Perseus Books, Cambridge, MA, 2002).

19. Your Drug May Be Your Problem: How and Why To Stop Taking Psychiatric Medications, Second Edition. (Perseus Books, Cambridge, MA, 2007) (Co-authored by David Cohen, Ph.D).

20. Brain-Disabling Treatments in Psychiatry: Drugs, Electroshock and the Psychopharmaceutical Complex, Second Edition (Springer Publishing Company, NY, 2008).

21. Medication Madness: The Role of Psychiatric Drugs in Cases of Violence, Suicide, and Crime. (St. Martin's Press, NY, 2008).

22. Wow, I'm an American!  How to Live Like Our Nation's Heroic Founders.  (Lake Edge Press, Ithaca, NY, 2009).

23. Psychiatric Drug Withdrawal: A Guide for Prescribers, Therapists, Patients and their Families.  (Springer Publishing Company, NY, 2013).

24. Guilt, Shame and Anxiety: Understanding and Overcoming Negative Emotions.  (Prometheus Books, Amherst, NY, 2014).

### IV. PEER-REVIEWED PUBLICATIONS

1. Breggin, Peter.  "The Psychophysiology of Anxiety." Journal of Nervous Mental Diseases, 139:558-568, 1964.

2. Breggin, Peter.  "Coercion of Voluntary Patients in an Open Hospital."  Archives of General Psychiatry, 10:173-181, 1964.  Reprinted with a new introduction in Edwards, R.B. (ed): Psychiatry and Ethics.  Buffalo, Prometheus Books, 1982, and in Edwards, R.B. (ed): Ethics of Psychiatry. Amherst, New York, Prometheus Books, 1997.

3. Breggin, Peter.  "The Sedative-like Effect of Epinephrine."  Archives of General Psychiatry,  12:255-259, 1965.

4. Breggin, Peter.  "Psychotherapy as Applied Ethics."  Psychiatry, 34:59-75, 1971.

5. Breggin, Peter.  "Lobotomy: An Alert."  American Journal of Psychiatry, 129:97, 1972.

6. Breggin, Peter.  "Psychosurgery."  Journal of the American Medical Association (JAMA), 226:1121, 1973.

7. Breggin, Peter.  "The Second Wave of Psychosurgery."  M/H (Mental Health), 57:10-13, 1973.

8. Breggin, Peter.  "Therapy as Applied Utopian Politics."  Mental Health and Society, 1:129-146, 1974.

9. Breggin, Peter.  "Psychosurgery for Political Purposes."  Duquesne Law Review, 13:841-862, 1975.

10. Breggin, Peter.  "Psychiatry and Psychotherapy as Political Processes."  American Journal of Psychotherapy, 29:369-382, 1975.

11. Breggin, Peter.  "Madness is a Failure of Free Will; Therapy Too Often Encourages It."  Psychiatric Quarterly, 53:61-68, 1981.  Originally published (in French) in Verdiglione A (ed):La Folie Dans La Psychoanalyse.  Paris, Payot, 1977.

12. Breggin, Peter. "Electroshock Therapy and Brain Damage: The Acute Organic Brain Syndrome as Treatment." Behavior and Brain Sciences, 7:24-25, 1984

13. Breggin, Peter. "Neuropathology and Cognitive Dysfunction from ECT." Psychopharmacology Bulletin, 22:476-479, 1986.

14. Breggin, Peter and de Girolamo, G. "Ellettroshock: Tra Rischioiatrogeno e Mito Terapeutico." Quaderni Italiani di Psychiatrica, 6:497-540, 1987.

15. Breggin, Peter. "Precious the Crow." Voices (Journal of the American Academy of Psychotherapists), 23:32-42, Summer 1987.

16. Breggin, Peter. "The Three Dynamics of Human Progress: A Unified Theory Applicable to Individuals, Institutions and Society." Review of Existential Psychology and Psychiatry, 21(1-3):97-123, 1988-89.

17. Breggin, Peter. "Addiction to Neuroleptics?" American Journal of Psychiatry, 146(4):560, 1989.

18. Breggin, Peter. "Dr. Breggin replies." American Journal of Psychiatry, 146(9):1240, 1989.

19. Breggin, Peter. "Brain Damage, Dementia and Persistent Cognitive Dysfunction Associated with Neuroleptic Drugs: Evidence, Etiology, Implications." Journal of Mind Behavior, 11:425-464, 1990.

20. Breggin, Peter. "Psychotherapy in the Shadow of the Psycho-Pharmaceutical Complex," Voices (journal of the American Academy of Psychotherapists), 27:15-21, 1991

21. Breggin, Peter. "A Case of Fluoxetine-induced Stimulant Side Effects with Suicidal Ideation Associated with a Possible Withdrawal Syndrome ('Crashing')." International Journal of Risk & Safety in Medicine, 3:325-328, 1992

22. Breggin, Peter. "Parallels Between Neuroleptic Effects and Lethargic Encephalitis: The Production of Dyskinesias and Cognitive disorders." Brain and Cognition, 23:8-27, 1993.

23. Breggin, Peter and Breggin, Ginger Ross. "A Biomedical Programme for Urban Violence Control in the US: The Dangers of Psychiatric Social Control." Changes: An International Journal of Psychology and Psychotherapy, 11(1) (March):59-71, 1993.

24. Breggin, Peter. "Psychiatry's Role in the Holocaust." International Journal of Risk and Safety in Medicine, 4:133-148, 1993. Adapted from a paper delivered at "Medical Science Without Compassion" in Cologne, Germany and published in the conference proceedings.

11

25. Breggin, Peter. "Campaigns Against Racist Federal Programs by the Center for the Study of Psychiatry and Psychology." Journal of African American Men, 1(3), 3-22, Winter 1995/96.

26. Breggin, Peter. "Should the Use of Neuroleptics Be Severely Limited?" Changes: An International Journal of Psychology and Psychotherapy, 14:62-66 March 1996.

27. Breggin, Peter and Breggin, Ginger Ross. "The Hazards of Treating 'Attention-Deficit/Hyperactivity Disorder' with Methylphenidate (Ritalin)" Journal of College Student Psychotherapy, 10:55-72, 1996.

28. Breggin, Peter. "Psychotherapy in Emotional Crises without Resort to Psychiatric Medication." The Humanistic Psychologist, 25:2-14, 1998.

29. Breggin, Peter. "Analysis of Adverse Behavioral Effects of Benzodiazepines with a Discussion of Drawing Scientific Conclusions from the FDA's Spontaneous Reporting System." Journal of Mind and Behavior, 19:21-50, 1998.

30. Breggin, Peter. "Electroshock: Scientific, ethical, and political issues." International Journal of Risk & Safety In Medicine, 11:5-40, 1998.

31. Breggin, Peter. "Psychostimulants in the treatment of children diagnosed with ADHD: Part I—Acute risks and psychological effects." Ethical Human Sciences and Services, 1:13-33, 1999.

32. Breggin, Peter. "Psychostimulants in the treatment of children diagnosed with ADHD: Part II—Adverse effects on brain and behavior." Ethical Human Sciences and Services, 1:213-241, 1999.

33. Breggin, Peter. "Psychostimulants in the treatment of children diagnosed with ADHD: Risks and mechanism of action." International Journal of Risk and Safety in Medicine, 12 (1), 3-35, 1999. (Simultaneously published version of #'s 24 and 25)

34. Breggin, Peter. "Empathic self-transformation and love in individual and family therapy." Humanistic Psychologist, 27:267-282, 1999.

35. Breggin, Peter. "What psychologists and psychotherapists need to know about ADHD and stimulants." Changes: An International Journal of Psychology and Psychotherapy, 18:13-23, Spring 2000

36. Breggin, Peter. "The NIMH multimodal study of treatment for attention-deficit/hyperactivity disorder: A critical analysis." International Journal of Risk and Safety in Medicine, 13:15-22, 2000. Also published in Ethical Human Sciences and Services.

37. Breggin, Peter. "MTA study has flaws." Archives of General Psychiatry, 58:1184,

2001.

38. Breggin, Peter. "Empowering social work in the era of biological psychiatry." (2001) [The annual Ephraim Lisansky lecture of the University of Maryland School of Social Work.] Ethical Human Sciences and Services, 3:197-206.

39. Breggin, Peter. "Fluvoxamine as a cause of stimulation, mania, and aggression with a critical analysis of the FDA-approved label." International Journal of Risk and Safety in Medicine, 14: 71-86, 2002. Simultaneously published in Ethical Human Sciences and Services, 4, 211-227, 2002.

40. Breggin, Peter. "Psychopharmacology and human values." Journal of Humanistic Psychology, 43: 34-49, 2003.

41. Breggin, Peter. "Suicidality, violence and mania caused by selective serotonin reuptake inhibitors (SSRIs): A review and analysis." International Journal of Risk and Safety in Medicine, 16: 31-49, 2003/2004. Simultaneously published in Ethical Human Sciences and Services, 5:225-246, 2003.

42. Breggin, Peter. "Recent U.S., Canadian and British regulatory agency actions concerning antidepressant-induced harm to self and others: A review and analysis." Ethical Human Psychology and Psychiatry, 7, 7-22, 2005. Simultaneously published in the International Journal of Risk and Safety in Medicine, 16, 247-259, 2005.

43. Breggin, Peter. "Recent regulatory changes in antidepressant labels: Implications for activation (stimulation) in clinical practice." Primary Psychiatry, 13, 57-60, 2006.

44. Breggin, Peter. "Court filing makes public my previously suppressed analysis of Paxil's effects." Ethical Human Psychology and Psychiatry, 8, 77-84, 2006.

45. Breggin, Peter. "How GlaxoSmithKline suppressed data on Paxil-induced akathisia: Implications for suicide and violence." Ethical Human Psychology and Psychiatry, 8, 91-100, 2006.

46. Breggin, Peter. "Drug company suppressed data on paroxetine-induced stimulation: Implications for violence and suicide." Ethical Human Psychology and Psychiatry, 8, 255-263, 2006.

47. Breggin, Peter. "Intoxication anosognosia: The spellbinding effect of psychiatric drugs." Ethical Human Psychology and Psychiatry, 8, 201-215, 2006. Simultaneously published in the International Journal of Risk and Safety and Medicine, 19, 3-15, 2007.

48. Breggin, Peter. "ECT damages the brain: Disturbing news for patients and shock doctors alike." Ethical Human Psychology and Psychiatry, 9, 83-86, 2007.

49. Breggin, Peter and Breggin, Ginger Ross. "Exposure to SSRI antidepressants in utero causes birth defects, neonatal withdrawal symptoms and brain damage." Ethical Human Psychology and Psychiatry, 10, 5-9, 2008.

50. Donald Marks; Breggin, Peter; and Braslow, Derek. "Homicidal ideation causally related to therapeutic medications." Ethical Human Psychology and Psychiatry, 10, 134-145, 2008.

51. Breggin, Peter. "Antidepressant-induced suicide, violence, and mania: Risks for military personnel." Ethical Human Psychology and Psychiatry, 12, 111-121, 2010.

52. Breggin, Peter "The FDA should test the safety of ECT machines." International Journal of Risk & Safety in Medicine, 22, 89-92, 2010.

53. Breggin, Peter. "Psychiatric drug-induced Chronic Brain Impairment (CBI): Implications for longterm treatment with psychiatric medication." International Journal of Risk & Safety in Medicine, 23: 193-200, 2011.

54. Breggin, Peter. "The Rights of Children and Parents in Regard to Children Receiving Psychiatric Drugs." Children & Society, 28, 231-241, 2014.

55. van Daalen-Smith, Cheryl; Adam, Simon; Breggin, Peter; and LeFrançois, Brenda A. "The Utmost Discretion: How Presumed Prudence Leaves Children Susceptible to Electroshock." Children & Society, 28, 205-217, 2014.

56. Breggin, Peter. "The biological evolution of guilt, shame and anxiety: A new theory of negative legacy emotions." Medical Hypotheses, 85, 17-24, 2015.

57. Breggin, Peter. "Understanding and helping people with hallucinations based on the theory of negative legacy emotions." Humanistic Psychologist, 43, 70-87, 2015.

58. Breggin, Peter. "Rational Principles of Psychopharmacology for Therapists, Healthcare Providers and Clients." Journal of Contemporary Psychotherapy, 46, 1-13, 2016.


## V. SELECTED BOOK CHAPTERS


1. "The college student and the mental patient." In College Student Companion Program: Contribution to the Social Rehabilitation of the Mentally Ill. Rockville, Maryland; National Institute of Mental Health, 1962.

2. "Psychosurgery for the control of violence: a critical review." Chapter IV in Fields W, Sweet W (eds): Neural Bases of Violence and Aggression. St. Louis: Warren H. Green Publisher, 1975.

3. "Brain-disabling therapies." In Valenstein E (ed): The Psychosurgery Debate. San Francisco, WH Freeman, 1980.

4. "Disabling the brain with electroshock." In Dongier M, Wittkower ED (eds): Divergent Views in Psychiatry. Hagerstown, Maryland: Harper and Row, 1981.

5. "Psychosurgery as brain-disabling therapy." In Dongier M, Wittkower D (eds): Divergent Views in Psychiatry. Hagerstown, Maryland: Harper and Row, 1981.

6. "The return of lobotomy and psychosurgery." Reprinted with a new introduction in Edwards RB (ed): Psychiatry and Ethics, pp. 350-382. Buffalo, Prometheus Books, 1982. Originally published in the Congressional Record, February 24, 1972, E1602-E1612. First reprinted in Quality of Health Care-Human Experimentation: Hearings Before Senator Edward Kennedy's Subcommittee on Health, US Senate, Washington, D.C., US Government Printing Office, 1973.

7. "Iatrogenic helplessness in authoritarian psychiatry." In Morgan RF (ed): The Iatrogenics Handbook. Toronto, IPI Publishing Company, 1983.

8. "Workshop on medication." In CSP: Choices and Challenges. Proceedings of the Seventh National Conference of the Community Support Program of the National Institute of Mental Health, 1985. U.S. Department of Health and Human Services, National Institute of Mental Health, pp. 92-95. Rockville, Maryland, 1986.

9. "Sex and love: sexual dysfunction as a spiritual disorder." In Shelp EE (ed): Sexuality and Medicine. Boston: D. Reidel, 1987.

10. "A hierarchy of values for evaluating human progress on an individual, institutional and societal basis," in Kollenda K (ed): Ethical Individualism and Organizations. New York: Praeger, 1988.

11. "Introduction: Spearheading a Transformation." In Peter R. Breggin and E. Mark Stern (eds): Psychosocial Approaches to Deeply Disturbed Persons. The Haworth Press, Inc., 1996, pp. 1-7.

12. "A Dangerous Assignment." In Rosenthal, Howard G. (Ed.). Favorite Counseling andTherapy Homework Assignments: Leading Therapists Share Their Most Creative Strategies. Philadelphia: Brunner-Routledge, pp. 58-59, 1998.

13. "Humility, Augmented by the Deep Breath Technique." In Rosenthal, Howard G. (Ed.). Favorite Counseling and Therapy Techniques: 51 Therapists Share Their Most CreativeStrategies. Washington, DC: Taylor & Francis, pp. 44-46, 2001.

14. "Empathy, woundedness, burn out, and how to love being a therapist." In Kirkcaldy, Bruce D. (Ed.). Chimes of Time: Wounded Health Professionals: Essays on Recovery. Leiden: Sidestone Press.  Chapter 16, pp. 261-271, 2013.

15. "TBI, PTSD, and psychiatric drugs. A perfect storm for causing abnormal mental states and aberrant behavior." In Brock, H. and Else, R.C. (Eds). The Attorney's Guide to Defending Veterans in Criminal Court.  Minneapolis, MN: Veterans Defense Project. Chapter 10, pp. 251-264, 2014.

16. "Understanding and Overcoming Guilt, Shame, and Anxiety: Based on the Theory of Negative Legacy Emotions." In Kirkcaldy, B. (Ed) Promoting Psychological Well-Being in Children and Families. New York, NY: Palgrave Macmillan. Chapter 5, pp. 68-80, 2015.

17. "The Rights of Children and Parents in Regard to Children Receiving Psychiatric Drugs." In Newness, Craig. Children in Society.  Monmouth, England: PCCS Books, Chapter 7, pp. 145-161, 2015.  (republished from Children & Society, 28, 231-241, 2014.)

18. "Neuroleptic (Antipsychotic) Drugs: an Epidemic of Tardive Dyskinesia and Related Brain Injuries Afflicting Tens of Millions." In Davies, J. (Ed). The Sedated Society: The Causes and Harms of our Psychiatric Drug Epidemic. New York: Palgrave Macmillan. Chapter 6, pp. 123-162, 2017.

## VI.  AWARDS AND HONORS

1954-58. Honorary Harvard Scholarships.  Graduated Harvard with Honors.
1987. Ludwig von Mises Award of Merit for efforts on behalf of the rights of psychiatric patients.

1990. Minnesota Mental Health Association; the David J. Vail National Advocacy Award "For distinguished service in protecting the rights and dignity of mentally disabled Americans."

1994. Honorary Visiting Fellow, Regents College School of Psychotherapy and Counseling, London, England.

1997. Great Minds in Counseling Lecture Series of George Washington University.

1998. Johnson Award "For Lifetime Contributions to the Field of Mental Health Advocacy" presented by the National Association for Rights Protection and Advocacy (NARPA).

1999. Gustavus Myers Outstanding Book Award Honorable Mention for The War Against Children of Color.

2000. Dr. Ephraim T. Lisansky Lecture at the University of Maryland School of Social Work.

2000. Maryland Association for Multicultural Counseling and Development, and the Bowie State University Department of Education Certificate of Distinction.

2001. Certificate of Special Congressional Recognition "in recognition of outstanding and invaluable service to the community" in psychiatry (2001), Carolyn McCarthy, Member of Congress.

2008. Visiting Scholar SUNY Oswego Department of Counseling and Psychological Services.

2013. Florida Adlerian Society, Cameron W. Meredith Social Interest Award.

2013. South Carolina Society of Adlerian Psychology, The Arlis J. Epps Social Interest Award: "In recognition of his efforts to help the helpers respond to others in a spirit of caring and empathy. His forthright criticism of contemporary psychiatry's reliance on diagnoses and drugs is a gift to mankind which epitomizes the Adlerian concept of social interest."

2016. Mexican National Award of Giftedness, from the Mexican Federation of Giftedness, an organization that regulates the gifted schools and diagnosis of superior intelligence in Mexico. The award is given "to people whose work impacts or has changed this community in a positive way." It is a pure silver coin with the Mexican national symbol and the gifted community flag engraved on it. A plaque is also given to Dr. Breggin as the keynote speaker at the 1st International Conference of Intellectual Giftedness this year held in Mexico City which had several thousand attendees.

2016. Wellness Forum Health, Health Advocate Award, Presented to Peter. R. Breggin, MD: "Thank you for your tireless efforts as a patient advocate and for being 'The Conscience of Psychiatry.'"

### *VII. COURT-QUALIFIED TESTIMONY*

This is a list of US and Canadian cases since 1986 in which I have been qualified as an expert. My history of testifying in court as a psychiatrist is much longer, however, dating back to the 1960s.

Most of these are cases that have gone to a hearing or to a trial. I have consulted in a much large number of other cases, many of which have been settled. For example, I have participated as an expert witness in more than a dozen product liability cases against drug companies, nearly all of which have been settled without going to trial. Similarly, I have been consulted or given depositions in dozens of additional malpractice suits. Many have been

settled, including a large number involving antidepressants and another large number involving tardive dyskinesia and neuroleptic malignant syndrome induced by neuroleptic or antipsychotic drugs.

Because of its importance as one of the more significant judicial opinions in the history of mental health law, I am also including one of my earlier cases, the Kaimowitz decision on psychosurgery (1973).

## Kaimowitz: An Early Landmark Case

Kaimowitz v. Department of Mental Health.  Civil Action N. 73-19434-AW (Cir. Ct. Wayne Co., Michigan, July 10, 1973.  Summarized at 42. U.S.L.W. 2063 (July 31, 1973).  The State of Michigan and Wayne State University had developed a program of experimental psychosurgery on patients in state mental hospitals.   I testified on the history of psychiatry, psychosurgery, involuntary treatment, state mental hospitals, principles of informed consent, the history of psychiatry in Nazi Germany, and the Nuremberg Trials.   Following my testimony, the court found that psychosurgery impairs mental function, including the ability to express oneself (freedom of speech).  Also based on my testimony, the court invoked the Nuremberg code principle that an involuntary person subjected to coercion in a total institution (in this case, a state mental hospital) cannot be considered a genuine volunteer for medical experimentation.  As a result, psychosurgery was stopped in all state and federal facilities throughout the nation.

## Since 1986

1. Karen Gartenberg v. St. John's Hospital, Barton et al. US District Court Central District of California No 85 1747 RMT 1986.  Trial in 1987.  Malpractice. A woman believed she was injured by electroshock.  Testified in trial on electroshock treatment, medication, hospitalization, care.

 2. In the matter of D.W.G.  Jacket No. J-3455-85.  Opinion dated June 26, 1987.  In the Superior Court of the District of Columbia, Family Division.  Judge Curtis E. von Kahn.  A teenage boy was mistreated in an out-of-town residential facility where he had been sent by the District.  I testified concerning medication, restraint, involuntary treatment, and hospital treatment of a teenage child.  The judge based his opinion on my testimony, removed the boy from the hospital, and  required the District of Columbia to provide him outpatient care.

3. Cornish and Cornish v. H. T. Ballantine. Superior Court Middlesex, No. 82-6729.  (circa 1987). Massachusetts. Malpractice. A man believed he had been injured by psychosurgery. I testified on the effects of various analgesic and psychiatric drugs, and psychosurgery, and on standards of care.

4. Novelli vs. State of Alaska.  1988.  Anchorage.  Malpractice.  I testified in trial concerning standards of care, medication including neuroleptics  (tardive dyskinesia) and benzodiazepines, and adverse drug effects.

5. A. J. Maness. 1989. District of Columbia. Competency hearing. I testified on the effects of frontal lobe damage on competence.

6. Ballard v. 1989. North Carolina. A child was raped by a man who broke into a motel and the motel was sued. I testified in trial on rape trauma in children.

7. Hurst V. 1989. North Carolina. Malpractice. A clinic was sued by the family of a young man who committed suicide. I testified in trial on behalf of the clinic and the doctors concerning clinic standards of care, medication treatment, depression and suicide, and involuntary treatment.

8. Andre v. Somatics, Inc. 5.31.91. Supreme Court: New York County: IAS: Part 29. Index No. 9220/87. Judge used my report to, citing it for several pages, to reject the ECT manufacturer's request for summary judgment in the product liability case against them.

9. Pieretti v. 1991. Portland, Oregon. Malpractice. A man believed he was injured by electroshock. I testified in trial on electroshock treatment, medication, and standards of care.

10. Siegel v. H. T. Ballantine. Superior Court Suffolk, Civil Action No. 77735. Massachusetts. 1991. Malpractice. A man believed he was injured by psychosurgery. I testified in trial on psychosurgery, analgesic and psychiatric drugs, and standards of care.

11. Joe Richey vs. St. Elizabeth's Hospital (District of Columbia). 1991. An elderly man who had been involuntarily hospitalized since his teenage years brought an action to be released from the hospital on the grounds that he was not mentally ill.  He received a jury trial. I testified in trial on the effects of physical and sexual abuse on a teenager, and on the impact of multiple medications, electroshock, repeated sexual abuse, and chronic institutionalization on an adult. Jury found for the patient, declaring that he was not mentally ill, and by implication, that he was being abused.

12. Kuss v. 1991. Houston, Texas.  Malpractice. A woman believed she was injured by multiple psychiatric drugs. I testified in trial concerning standard of care and multiple psychiatric drugs, including the benzodiazepine Xanax and the antidepressant Prozac, as well as the FDA approval process.

13. Fleming v. Reid (CA) 4 O.R. (3d) 74 [1991] O.J. No. 1083 Action Nos 357/90 and 356/90 Court of Appeal for Ontario (Canada), Robins, Grange, and Carthy JJ.A. June 28, 1991.  Without my appearing, cited as "authorities referred to" my paper "Brain damage, dementia, and persistent cognitive dysfunction associated with neuroleptic drugs: Evidence, etiology, and implications," 1990, 11 Journal of Mind and Behavior 425.

14. Piechotta v. 1992. Malpractice and Product Liability.  Philadelphia, Pennsylvania. A child developed tardive dyskinesia after treatment with neuroleptic drugs. After deposition testimony concerning neuroleptics, the FDA ,and product liability of the pharmaceutical industry, my credentials in drug product liability aspects were challenged and the judge affirmed my status as an expert. The case was settled.

15. State of Michigan versus Steven Leith. 1992. Testified in trial on the effects of the antidepressant Prozac in regard to causing violence in a criminal case.

16. A. Waddell v. 1993. North Carolina. Malpractice. A child died after an accidental overdose of Dilantin. I gave trial testimony by video concerning standards for prescribing drugs and the toxic effects of Dilantin on a baby.

17. State of New Jersey versus R. Biegenwald. 1993. Testimony in trial for sentencing in capital case. Testified on electroshock treatment, history of psychiatry, state mental hospitals, medications. Jury rejected the death penalty.

18. Jones v. Sacred Hospital. Oregon. 1994. Malpractice. A woman believed she was injured by electroshock. I testified in trial on the effects of electroshock treatment (ECT) and various medications.

19. Commonwealth of Virginia versus Grigsby. 1994. Craig County. A man committed a very violent murder while intoxicated with a variety of medical and non-medical drugs. I testified in trial on the effects of analgesics, alcohol, the antidepressant Prozac, the benzodiazepine Xanax and other medications on criminal conduct. The jury rejected the state's first degree murder charge and found second degree.

20. Fentress (the Wesbecker case) vs. Shea Communications; Jefferson Circuit Court. 1994. Louisville, Kentucky. Product liability. A man committed multiple murders within days of his doctor recording that Prozac might be making him psychotic. I testified in trial as an expert concerning pharmaceutical company negligence (Eli Lilly and Company), the FDA and the drug approval process, clinical trial evaluation, the spontaneous reporting system, and medication effects on behavior including the antidepressant Prozac and benzodiazepines. Sometime after my testimony, the case was secretly settled during the trial. The settlement was kept from the judge and the jury, while a watered-down case was delivered to the jury in exchange for the settlement. When the trial judge discovered the secret settlement after the trial was over, he changed the verdict to "settled with prejudice." The Kentucky Supreme Court found that Lilly had manipulated the court and might even have committed fraud; but the drug company was not prosecuted.

21. Commonwealth of Virginia versus G. Tribbett. 1994. Pretrial hearing. While taking Prozac, a man assaulted his neighbor. Without my appearing, the court accepted my written report on adverse effects of the antidepressant Prozac including the production of violence. The judge accepted allowed the defendant to make a lesser plea and to be released from jail.

22. Rohovit v. 1996. Iowa City, Iowa. A woman believed she was injured by electroshock treatment. I testified in malpractice trial on electroshock, drugs, and standards of care.

23. State of Alabama versus Parker. 1996. A boy who had been given Ritalin as a child became addicted to stimulants as a teenager, and committed drug-related violence. I testified in a hearing

before the judge on an Appeal of a Capital Punishment Verdict. My testimony covered the standard of care for psychiatry, drug addiction, and addictive effects of Ritalin on children.

24. Commonwealth of Virginia versus Amnulla Khaliqi. 1996. Fairfax, Virginia. A young man assaulted a policeman who aroused him from a stupor caused by multiple psychiatric drugs, including the benzodiazepines Ativan and Xanax, antidepressants, and neuroleptics. I testified he was not in a state of mind capable of understanding his Miranda rights.

25. State of North Carolina v. James Clark, 1997. Winston-Salem. A man taking the antidepressant Effexor committed a violent crime. He was charged with sexual assault, abduction, kidnapping and other crimes that could have added up to several life sentences. His behavior was bizarre and out of character. Judge William Freeman accepted my report on involuntary intoxication with the Effexor and the case was disposed satisfactorily to the defense by a plea bargain. I did not make a court appearance.

26. Accardo v. Cenac. 1997. Baton Rouge, Louisiana. A woman developed tardive dyskinesia after treatment with neuroleptic drugs. I testified in the malpractice trial concerning neuroleptic drugs, tardive dyskinesia and dystonia, as well antidepressants and benzodiazepines, the FDA, the pharmaceutical industry, standards of care, and adverse drug effects. The jury awarded $1.3 million.

27. Accardo v. Cenac. November 6, 1998. Appeal 97 2320 (La. App. 1 Cir.) On appeal by the defendant, the judge cited my testimony and quoted from it extensively. Then, in an unusual turn of events, the appeals court doubled the award to the plaintiff.

28. State of Florida v. Brancaccio. 1997. A teenage boy committed murder while on the antidepressant Zoloft. I testified in trial concerning hospital negligence and adverse medication effects, including the antidepressant Zoloft and criminal behavior. The jury verdict was first degree murder. On appeal, the verdict was reversed on grounds that my testimony offered sufficient evidence of involuntary intoxication to require a specific jury instruction.

29. State of Florida v. Brancaccio. 1997. Citing my testimony, the appeals court concluded that the verdict should be overturned on the grounds that the judge should have given a specific involuntary intoxication instruction. Victor Brancaccio Appellant, 597 698 So. 2d. 597 22Fla. L. Weekly D1903. August 6, 1997.

30. Commonwealth of Virginia versus Amnulla Khaliqi. 1997. Fairfax, Virginia. A young man taking multiple psychiatric drugs assaulted a policeman. I testified concerning various drugs, including the benzodiazepines Ativan and Xanax, antidepressants and neuroleptics, and on the effects of Paxil and Prozac which he had taken earlier. He was acquitted of assault on the grounds of involuntary intoxication. This was the first application of the statute in Virginia.

31. Heisler v. Andrew Barnes, Circuit Court of Arlington County, Virginia, 95-1214, 1997. I testified in trial concerning closed-head injury, psychiatric diagnosis, and effects of medications, including antidepressant Zoloft. The patient was seeking damages from head injury in an

automobile accident and a jury gave her a small award.

32. State of Florida v. Amanda Faith, 1998. A fourteen-year-old girl was charged with first degree attempted murder. I testified on involuntary intoxication with Prozac, the effects of child abuse, and other issues concerning the development of children. The jury rejected state's first degree attempted murder charge and came back with second degree.

33. Mitchell v. Upjohn, 1998. Los Angeles Superior Court. A woman believed she was addicted by prescription Xanax. I testified in product liability trial concerning the benzodiazepine Xanax, addiction, drug testing, clinical trial evaluation, and the FDA. Despite a vigorous challenge from the defense, the judge accepted my testimony on all issues. The cast was lost and the verdict is being appealed.

34. Ungar v. Pike, 1998. No. 92 L 728. Chicago. State of Illinois in the Circuit Court of Cook County. A man committed suicide while taking the benzodiazepine sleeping pill, Halcion. I gave deposition testimony on malpractice and product liability, and trial testimony on malpractice concerning the standard of care in internal medicine in regard to mental health issues, on benzodiazepines and specifically Halcion as a cause of depression and suicide, on drug labeling by the FDA, clinical trial evaluation, and research in psychopharmacology. The drug company, Upjohn, settled prior to trial. The jury awarded the plaintiff $1.2 million.

35. Commonwealth of Virginia v. Seager, 1998. Fairfax County Circuit Court criminal case. Testimony before judge in hearing for sentencing of a man who plead guilty to several daylight home burglaries for drugs over a few day period. At the time of the offenses, he was being treated for depression and alcoholism with the antidepressant Paxil, the benzodiazepine Restoril (temazepam ), and BuSpar (buspirone). I testified on the effects of these psychiatric drugs, as well as premature discharge from a drug rehab hospitalization, in worsening his alcoholism and causing drug-induced disinhibition with bizarre behavior. The official sentencing guidelines for the case spanned 2-6 years. The defendant had already spent 5 months in jail and the state sought an additional 4-5 year jail sentence. The judge, following my testimony, sentenced Seager to only 4 additional months, specifying that the purpose was to initiation of rehabilitation.

36. State of Missouri v. Chiodini, 1998. St. Louis, 22nd Judicial Circuit Court. Trial testimony in jury trial of criminal case. Jury reached a verdict of "Not Guilty By Reason of Diminished Capacity" in the case of man who had stood in front of his house with two pistols and fired upon a parked patrol car occupied by his wife and by a police officer who was slightly injured and returned fire. The morning of the incident, the defendant had been given the second in a series of electroshock treatments for depression on an outpatient basis. He was also taking five prescribed psychiatric medications, including Prozac. I testified concerning the effects of the antidepressant Prozac (also Paxil), the stimulant Ritalin, the benzodiazepine Klonopin, BuSpar, and Depakote. I focused on adverse effects on the brain of ECT and medications, including production of delirium with psychotic mania.

37. Marriage of Misetic, 1998; decision 1999. RFL 043 270. Superior/Municipal Court of State of California, Pomona, CA. I testified in court for respondent in a custody dispute over health

care issues surrounding Ritalin for ADHD.  My testimony covered medication, diagnosis, and child development.   A decision in favor of the petitioner is being appealed.

38. A.M. v. Benes [1998] O.J. No. 4333  DRS 98-19171 Court File No. 03-0007/96.  Ontario Court of Justice (General Division) (Canada).  Sutherland J. October 28, 1998.  Without my appearing, cited Fleming and Reid (1991) (above) with my paper on neuroleptics as authoritative.

39.  Golding v. United States, 1998, Bethesda, Maryland.  I testified that a Navy serviceman's behavior was caused by a reaction to psychiatric medication.

40. Petition for Post Conviction Relief, Circuit Court for Baltimore County, State of Maryland. Case No. 95-CR-4402.  State of Maryland vs. Ben Garris. 1999.  A teenager was previously convicted of murder.  I testified concerning the kind of expert testimony that could have been give at his trial concerning adverse drug effects , including Prozac, and criminal responsibility. The judge stipulated to my testimony as an expert.

41. State of Indiana v. Michael E. Bailey.  February 2000.  Criminal case.  A man taking Xanax and Prozac committed a violent murder.  I testified in court concerning the effects of many psychiatric drugs including Xanax, Prozac, stimulants,  and analgesics, and also about the FDA approval  and labeling process.  I also testified concerning  psychiatric diagnosis and the effects of child abuse.

42. State of Connecticut v. DeAngelo.  February 2000.  Criminal case.  A man committed a series of bizarre robberies, including a bank robbery from which he fled by car amid a hail of police bullets. He was charged with first degree robbery and larceny.  He had been prescribed Prozac for obsessive compulsive disorder and Xanax for anxiety disorder.  I concluded that the combination of drugs caused his psychosis and his criminal behavior.  The defendant waived a jury trial.  According to the defense attorney, the judge relied on my report, as well as the reports of several other experts who reached similar conclusions.   The judge determined that the defendant was suffering from a drug-induced mania and found him not guilty by reason of mental disease or defect.

43. Wells v. Dr. John Cocker et al. March, 2000.  Court File No. 33501/92. Public Trustee File No. 102-687-907. Ontario Court (General Division). Malpractice suit involving neuroleptic drugs and tardive dyskinesia, as well as benzodiazepines and antidepressants. I testified as the medical expert on behalf of Ms. Wells in trial in March 2,000.  Judge J. Philp qualified me as an expert on "(1) psychiatry including the use and adverse effects of psychiatric medication; (2) the reasonable standard of care of physicians prescribing psychiatric drugs including neuroleptics: (3) the reasonable precautions physicians should take in the prescription of and treatment with neuroleptic medication including Haldol; and (4) assessment, diagnosis and treatment of patients with Tardive Dyskinesia and the disabilities associated with Tardive Dyskinesia." Although I practice in the United States, the judge ruled that I possess the expertise to testify on the standard of care in Canada for physicians using psychiatric drugs.  On June 16, 2000 Judge Philp found for Ms. Wells. Extensively citing my testimony, Judge Philp found the general physician

negligent and that his negligence caused Ms. Well's tardive dyskinesia.  He also found a
psychiatrist negligent but determined that the negligence did not cause the tardive dyskinesia.
This was a landmark tardive dyskinesia case—the first to go to trial in Canada.

44. Bearden v. Ezell.  December 2000.  South Carolina, Pickens County, Family Court of the
Thirteenth Judicial District.  The father (Bearden) wanted custody of his nine-year-old son in
order to remove him from residential treatment and to withdraw him from multiple psychiatric
medications.  Without appearing in court, I wrote an emergency medical report for the judge,
including my finding that the child had early signs of tardive dyskinesia.  After confirmatory
opinions from local medical experts, the judge followed my recommendations and custody was
awarded to the father.  Working with local health professionals, I supervised the child's
withdrawal from psychiatric medication.

45. Glazer v. NE Illinois MRI et al. December 6, 2000.  District Court of Cook County.
Malpractice against an internist (physiatrist) and an MRI center concerning the dose of the
benzodiazepine Ativan (lorazepam) prescribed and given to an MRI patient for claustrophobia.
The suit alleged that the over-sedation resulted in a car accident.  I testified on benzodiazepine
effects, on the FDA-approved label for benzodiazepines, and on standards of care for an internist
(physiatrist) and an MRI technician in regard to medication.  The jury awarded $1.5 damages,
found the plaintiff shared 44% of the responsibility for the auto accident, for a net award to the
plaintiff of $840,000.

46. Johnston v. Ohl. Circuit Court of Raleigh County, West Virginia. December 2000.  The
parents of a twelve-year-old boy wanted to remove him from a residential treatment facility
where he was being held against their will by the West Virginia Department of Health and
Human Services, and to have him evaluated and if possible withdrawn from multiple psychiatric
drugs under my supervision, including neuroleptics.  Without my appearing in court, based on
my medical reports, the judge allowed the parents to remove him from a residential treatment
center and specifically to have me supervise his treatment.

47. Chiodini v. Deaconess Hospital et al. in the Circuit Court for the City of St. Louis, Missouri,
May 2001. Previously I had testified in the State of Missouri v. Chiodini, 1998 in which Mr.
Chiodini was found not guilty due to drug- and electroshock-induced brain dysfunction (see
above).  Now I testified in the malpractice suit against the hospital and the doctor who had
inflicted outpatient electroshock treatment upon him while he was taking Prozac, Ritalin, the
benzodiazepine Klonopin, BuSpar, and Depakote.  Following the shock treatment Mr. Chiodini
had shot multiple times at a police car containing his wife and a police officer who returned fire
and was slightly wounded during the exchange. I had completed most of my testimony when the
judge called for a brief recess.  During the recess, the defendant hospital settled the case without
cross-examining me.  The doctor had settled earlier in the trial.

48. Franko v. Worthington et al., Court of Common Pleas, County of Philadelphia, Pennsylvania,
June 2001.  In 1988 a man died from the combination of Prozac, Ritalin and other drugs with the
MAOI antidepressant, Parnate.  I testified concerning the effects and interactions of Prozac,
Ritalin, and Parnate, and also drug development and FDA regulation.  The jury found for the

defendant.

49. Commonwealth of Virginia v. John Lowe. July 2001. 28th Judicial Circuit, Abington, Virginia, Judge Charles H. Smith, Jr. presiding. A man who shot his estranged wife and a deputy sheriff was charged with many crimes, including kidnapping and malicious wounding. At the time of the incidents, he was being treated with Prozac, Remeron, and BuSpar. The judge accepted my testimony in all areas, including adverse drug reactions, drug labeling, FDA procedures, and criminal responsibility, including involuntary intoxication.

50. Daye vs. University of Medicine and Dentistry of New Jersey et al. November 2001. Superior Court of New Jersey Law Division: Essex County. A woman was treated as an outpatient with neuroleptic drugs and developed severe tardive dyskinesia and tardive dystonia. The judge accepted my testimony in all areas. I was the only expert for the plaintiff and the case was settled satisfactorily in favor of the plaintiff before it went to the jury.

51. State of South Carolina v. Brooke Jewell. Before Judge Edward E. Cottinham, Charleston County General Sessions Court. November 15, 2001. Sentencing hearing for a 27 year old man with no prior history of violence who pleaded guilty to rape charges. I presented evidence that Paxil can cause mania with disinhibition and aggressive sexuality, and that a Paxil-induced Mood Disorder caused or contributed to his actions. The judge accepted my testimony in all areas, including SSRIs, Paxil, the FDA approval process and related topics. The judge concluded that Paxil did contribute to the man's crime and instead of sentencing him to life without parole, gave him a more limited 21-year sentence.

52. Commonwealth of Virginia v. John Lowe. November 2001 Sentencing Hearing. 28th Judicial Circuit, Abington, Virginia, Judge Charles H. Smith, Jr. presiding. See No. 49 above. I sent a letter to the judge for the Sentencing Hearing reaffirming my previous testimony concerning the effects of Prozac, Remeron, and BuSpar. Judge Smith gave Mr. Lowe a reduced sentence. In his written opinion, the judge specifically cited my testimony concerning the effect of the prescription drugs on his mental condition and behavior.

53. Kemke v. The Menninger Clinic. U.S. District Court for the District of Kansas, Judge Gerald Vanbebber. Case No. 00-22630GTV. December 11-12, 2001. In the case of a man who wandered off the hospital grounds and died of exposure, I testified concerning standards of care in a residential treatment center and a mental hospital ward, as well as the standards of conduct of physicians in charge of a drug-company sponsored clinical trial of an experimental drug, including the determination of inclusion/exclusion criteria, informed consent, coercion in the consent process, and the monitoring and reporting of potential adverse drug effects. I was the only plaintiff's expert. The jury found the Menninger Clinic negligent and gave an award to the family.

54. Burns v. Bain. Superior Court of Suffolk, Massachusetts, Department of Trial Court Civil Action, No. 00-1593B, March 6, 2002. Finding of Medical Tribunal in favor of the Plaintiff. The case involved the long-term administration of the benzodiazepine, Ativan. Based on my report, the tribunal found that evidence sufficient to "to raise a legitimate question of liability

appropriate for judicial inquiry."

55. Commonwealth of Virginia v. John Porter, April 23, 2002.  In a criminal trial before a judge,
I testified concerning adverse drug effects in a man who became violent while taking the SSRI
Zoloft and benzodiazepine Xanax.  The judge found against the defendant but the case further
established the validity of the involuntary intoxication defense in Virginia.

56. Zimmerman v. Cleveland Clinic et al., May 28, 2002.  In a malpractice case before a jury
concerning a woman injured by psychosurgery, I testified concerning the history of
psychosurgery, standards of care for evaluating psychosurgery patients, medication and cognitive
behavioral therapy for obsessive-compulsive disorder including SSRIs, clinical versus research
practices, and the use of Institutional Review Boards (IBRs).  The jury returned a verdict for $7.5
million.  Judge Burnside.

57. Frye v. Stretch, June 26, 2002.  Circuit Court of Jefferson County, Mississippi.  In a
malpractice case against a pediatrician concerning the prescription of Ritalin, I testified
concerning the standards of care for evaluating children and prescribing stimulant medication, as
well as the adverse effects of Ritalin, including the potential for addiction to cocaine.  The
defendant prevailed.

58. State of Vermont v. Williams, July 2002.  Vermont District Court, Orange County.  In a case
in which an 18-year-old boy assaulted a female friend while he was withdrawing from the
antidepressant Paxil, Presiding Judge Marie Davenport held a Daubert hearing concerning my
credentials and my scientific method, and strongly endorsed both.  I testified by telephone on
January 30, 2002 and the judge rendered her opinion on July 9, 2002.

59. Walls v. McDonough, 2002.  Florida.  I testified on the effects of Ritalin in causing paranoia
and violence.

60. Ronnie Hall v. Behar, et al, January 9, 2003.  Court of Common Pleas in and for the County
of Chester, Pennsylvania, Civil Division, No. 01-0603.  A malpractice suit in which a child was
prescribed multiple psychiatric medications including neuroleptics from an early age,
experiencing developmental delays, and tardive dyskinesia (I testified that the TD was largely
resolved by trial).  I testified on causation concerning the adverse effects of all of the varied
medications including Risperdal, Zyprexa, Haldol, Ritalin, Dexedrine, Adderall, and minor
tranquilizers, including Klonopin.  One of the defendants settled prior to trial and the other two
prevailed in trial.

61. Commonwealth of Pennsylvania v. James Taylor, April 2, 2003.  Court of Common Pleas of
Monroe County, Forty-Third Judicial District, No. 1004-1996. A criminal case in which a
psychiatrist became manic while taking Prozac and assaulted his colleague.  He was seeking Post
Conviction Relief, asking for a reduced sentence, on the grounds that his behavior had been
caused by an involuntary intoxication and would not be repeated with proper treatment.  My
testimony was accepted on all matters pertaining to SSRI-induced mania and abnormal behavior.
At various times, he was taking Prozac, Paxil, and Luvox.  The judge's decision is pending.

62. Commonwealth of Pennsylvania vs. Kevin Patrick Creegan, August 20, 2003. Court of Common Pleas of Lebanon County, No. 2002-11205. Mr. Creegan drove his automobile into an unsuspecting policeman for the purpose of knocking him down to obtain his gun to commit suicide. After striking the officer with his car, Mr. Creegan tried forcibly to obtain his gun but was subdued by the injured officer with the help of good Samaritans. Following my report concerning the effects of Paxil on Mr. Creegan, the injured police officer and the state's attorney joined in requesting the release of Mr. Creegan after approximately one year in jail and a reduction in his overall sentence to 11 ½ months to 2 years, with 8 years probation. This was approved by Judge Robert Eby.

63. Alabama vs. Jackie Brown, Circuit Court CC00604.01-03, Gadsten, Alabama, August 26-29, 2003. While taking Paxil, Mr. Brown became involved in a shoot out with law enforcement officers who surrounded his isolated country home. Three officers were wounded (none seriously). Mr. Brown had two prior felony convictions from more than twenty years earlier, including one that involved violence that was not reported to me at the time of my initial evaluation. I found that Mr. Brown developed akathisia and a brief paranoid psychosis several hours before the shoot out and that the psychosis resulted from a mixture of Paxil withdrawal and toxicity. He had missed two days and then taken a dose on the day of the episode. He was also drinking alcohol. After a hearing, I was appointed and paid by the court as a "necessary expert" in the field of psychiatry and psychopharmacology, and was paid by the state by order of the court. However, immediately before my testimony, the state initiated and offered a plea bargain and three first degree attempted murder charges were reduced to assault. As a part of the plea bargain, he received a reduced sentence. The presiding judge was William H. Rhea, III.

64. Kim v. Group Health, November 2003. Superior Court of the State of Washington, King County, No. 01-2-19277-959A. A man developed tardive dyskinesia after being treated with the neuroleptics Trilafon (perphenazine) and Zyprexa (olanzapine), and with Paxil. I testified on causation and negligence. The trial ended with a hung jury.

65. Commonwealth of Pennsylvania v. Eric Gadsden, January 2004. Court of Common leases of Monroe County, Forty-Third Judicial District, No. 683 Criminal 2002. In the case of a man who shot and wounded his wife and a friend, I testified by video deposition concerning the role of Paxil and other SSRIs in causing violent and suicidal behavior. My testimony included discussions of the FDA drug approval process and interpreting the FDA spontaneous reporting system data. Hung jury on one count of attempted murder and not guilty on the second count. Guilty but mentally ill on aggravated assault charges.

66. Matley v. Minkoff, January 2004. Lowell, Massachusetts. A mentally retarded woman was treated with neuroleptics from age 18-22 and developed tardive dyskinesia. As the plaintiff's only expert, I testified concerning the treatment of mental retardation, neuroleptic drugs, and tardive dyskinesia. The jury found for the plaintiff and awarded $200,000.

67. State of Michigan v. Christopher Bernaiche. Circuit Court for Wayne County, Detroit, Michigan, Case No. 03-01733. February 2004. A few days after his dose of Prozac was

doubled, a twenty-six year old man was beaten up in a bar and returned to shoot five people
killing two.  I testified on the effects of SSRIs on violence and suicide, as well as the FDA drug
approval process, drug labels, and drug company misrepresentation.  The jury convicted on first
degree murder.  Judge Deborah Thomas.

68. Schultz v. Craig.  Circuit Court of Wayne County, State of Michigan.  October 2004.
Malpractice suit concerning a man who died in an automobile crash while dependent upon and
intoxicated with the benzodiazepine Xanax.   Phenobarbital and amphetamine blood levels were
also at issue.  I testified on causation and on the FDA and drug labeling.

69. Ruth Kane, Competency hearing. Tompkins County Courthouse.  December 2004.  I testified
concerning the competency of an elderly woman with dementia.

70. Kimberly Menzies as natural mother of Robert Menzies, a minor, v. Jose Foradada.
February 8, 2005.  In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough
County, Florida.  Case No: 00-9521 Division A.  A child neurologist was sued for allegedly
causing tardive dyskinesia in a minor in a case involving Mellaril and Risperdal.  I testified
concerning both drugs as well as the drug labels.

71. Salters v. Palmetto Health Alliance et al.  Court of Common Pleas, Fourth Judicial District,
State of South Carolina, County of Richland.  June 2005.  In April 2007, Judge L. Casey
Manning of the Court of Appeals, with two other judges concurring, affirmed the jury verdict in
the Salters case. They confirmed that Dr. Breggin is "an expert in ECT" and cited his testimony
on the standard of care and damages in affirming the jury verdict. Unpublished Opinion No.
2007-UP-187 (6 pages). Available on www.ECTresources.org. Dr. Breggin had already been
involved in many settlements of ECT cases before trial. However, this case, with Dr. Breggin as
the psychiatric expert, was the first known malpractice jury trial verdict in favor of a plaintiff
injured by ECT.

72. Torres v. Torres.  State of New Mexico, County of Taos, in the District Court.  2003-216DM
August 19, 2005.  Testified by telephone in hearing concerning the over-medication of a child
and the need for me to further evaluate him.  The medications included neuroleptics.  Per my
testimony, Judge ordered the medication stopped and authorized my further evaluation.

73. Morton v. Roberts.  General Court of Justice Superior Court Division, Buncombe County,
North Carolina.  No. 03-CVS-3855.  April 2006.  Malpractice concerning Prozac and Xanax
involving a dentist who lost much of his career.  Jury found for the defendant.

74. Pomponio v. Weiser.  Superior Court of New Jersey Law Division: Essex County Docket
Number: ESX-L-0664-03.  May 2006. Civil Action.  Malpractice concerning Prozac and Xanax
regarding a businessman who lost his business and wife.  Settled for $250,000 during my
testimony.

75. Reynolds v. Anton.  Civil Action No. 01A 76719-3.  In the State Court of Dekalb County,

State of Georgia, June 2006.  Ritalin addiction and suicide.  Jury found for defendant.

76.   Texas v. Robert Rater.  Two hearing to appeal criminal conviction on grounds that Xanax and other medications rendered him incompetent to manage his defense, 2007 and 2008.

77. Reinhardt v. Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Southern California Permanente Medical Group (143056-2).  Arbitration No. 8078, 10-JV_914.  Testified in West Los Angeles in 2009.  Hon. Marvin D. Rowen, Judicate West, testified on the role of Tegretol toxicity in causing a death.  In binding arbitration, the judge awarded the plaintiffs $696,674.

78. Colorado v. Van Damme.  Criminal trial.  Denver area.  November 2010.  I was qualified to testify on the role of the SSRI antidepressant Lexapro (escitalopram) in causing or contributing to violence.

79. Florida v. Mourra.  Criminal Trial.  F. Wesley "Buck" Buck Blankner.  Stanton/Orlando, Florida.  August 23, 2011.  I was qualified to testify on the SSRI antidepressant Zoloft (sertraline) as a cause of violence during withdrawal from the drug.

80. Torrence v. Southwest Internal Medicine, In the County Court of the 9th Judicial Circuit in and for Orange County, Florida.  Case No. 2006CA11146. Division 37.  Approved to testify on causation and negligence in malpractice case involving suicide on Zoloft and Xanax.

81. Manitoba v. a Youth.  May 25, 2011.  Canada.  Judge Robert Heinrichs held a hearing to determine if a 17 year old who knifed a friend to death should now be sentenced as a juvenile or an adult.  The hearing centered on my testimony that an involuntary intoxication with Prozac caused the boy's violent assault on his friend.  The judge qualified me as an expert in psychiatry and psychiatric medication.  In his written opinion on September 16, 2011, in the case of "Her Majesty the Queen and C.J.P" (Citation #2011 MBPC 62), Judge Heinrichs concluded, "Dr. Breggin's explanation of the effect Prozac was having on C.J.P.'s behavior both before that day and in committing an impulsive, inexplicable violent act that day corresponds with the evidence" (p. 18).

82. Rivera v. Babaknia, Superior Court of California, Orange County, Case No. 30-00101673.  Approved to testify in malpractice suit involving suicide on Paxil and Xanax. January 24, 2012

83. Mazella v. Beals in the Supreme Court of the State of New York.  November 21, 2012, a Syracuse jury awarded $1.5 million in a suicide malpractice suit involving antidepressants, including Paxil and Effexor.  I testified on general and specific causation, and on negligence in hospital and outpatient care.

84. Hollier v. Giant.  May 2013.  Case No 79061 in the District Court Lamar County Texas, 62nd Judicial District.  I testified about a family doctor's treatment of a cervical pain patient with morphine, methadone, propoxyphene, fentanyl transdermal system (Duragesic), and other sedative and analgesic drugs, including benzodiazepines Xanax and Valium, and abrupt

withdrawal.

85. Baker v. Giant. November 19, 2013. State of Indiana in the Allen Circuit Court. Case No.02c01-1209-PL-79. Testified in malpractice case against a family doctor involving the suicide of a child taking Celexa. Testified about standard of care, adverse drug effects, causation and FDA procedures.

86. Angel v. Segal, State of Illinois, February 2014, in the Circuit Court of Cook Count, Illinois, County Department, Law Division, No. 09 L 3496.  I testified concerning autism and psychiatric drug treatment, including antidepressants Paxil and Zoloft and antipsychotics Zyprexa and Risperdal, in a case of tardive dyskinesia and tardive akathisia in a fifteen-year-old boy.  The jury awarded $1.5 million.

87. Topete v Sutter Health. Superior Court of the State of California for the County of Sacramento,No. 34-2011-00099829. June, 2014. I testified in a malpractice suit about the brain-damaging effectsof ECT as well as adverse drug effects.

88. Sheridan v. Lehman, August 2014, Superior Court of New Jersey Law Division: MonmouthCounty, Docket No. MON-L-1913-11. Malpractice case. A man with no significant prior historyof mental disorder committed suicide 16 days after he was prescribed Lexapro and Ativan by hisinternist. I testified on causation, including the scientific literature, FDA approval process, anddrug labeling. The jury found for the defendant.

89. Amedia V. United States of America. Case Number 4:2011CV00378. August 22, 2014. Arizona District Court, Tucson, Division Office, County of Pima. Malpractice against the Veterans Administration for causing addiction to benzodiazepines and tardive dyskinesia. Testified concerning addiction and its treatment, FDA labels and approval process, and adverse effects of polydrug treatment including sertraline (Zoloft), bupropion (Wellbutrin), fluoxetine (Prozac), trazodone (Desyrel), temazepam (Restoril), venlafaxine (Effexor), propranolol (Inderal), oxazepam (Serax), primidone (Mysoline), benztropine (Cogentin), quetiapine (Seroquel), lorazepam (Ativan), diazepam (Valium), paroxetine (Paxil, olanzapine (Zyprexa), lamotrigine (Lamictal), mirtazapine (Remeron) and zolpidem (Ambien).

90. Archer v. Grange Insurance Associates August 20, 2014 in binding arbitration before theWashington Arbitration & Mediation Services, Case number 130530002. This complex case surrounded a brain injury sustained in an automobile accident with multiple symptoms of traumatic brain injury (TBI) that led to the prescription of the antidepressant Paxil and eventual suicide. I testified about causation, as well as irresistible impulse. The plaintiff's family was awarded $55,900 of a possible $125,000 insurance policy.

91. State of Utah v. Drommund. Second Judicial District Court, Farmington, Utah. January 13, 2015. Criminal Case Number 051701317FS. After a Frye hearing, the judge approved Dr. Breggin's qualifications as an expert in psychiatry and psychiatric medications. The case was an appeal of murder conviction on the grounds that the trial judge did not allow evidence on psychiatric drugs causing violence and murder, primarily Effexor (venlafaxine), but also

Provigil, Zyprexa, Trazodone, and Depakote. See # 97 for the trial.

92. Morton v. PeaceHealth, malpractice, Circuit Court of Oregon in Lane County (Eugene). June 14, 2015. ORS21.160 (1) (D). Testified on causation concerning tardive dyskinesia (TD) caused by one dose of metoclopramide (Reglan) in an emergency room. [Patient had prior exposure to many doses of Phenergan (promethazine)].
93. State of Iowa v. Moffitt. Criminal number FECR276050. June 29, 2015. Testified about role of antidepressants bupropion (Wellbutrin) and trazodone in aggravating or causing violence and murder.

94. Ponzini et al. v. Monroe County et al., case number 3:11-cv-00413, in the U.S. District Court for the Middle District of Pennsylvania in Scranton.   September 15, 2016.   In the case of a 46-year-old man who committed suicide in jail after being restarted on the antidepressant Paxil, a federal jury awarded $11.9 million including $8 million in punitive damages against the healthcare provider and its individual peronnel.   The federal judge qualified me as a psychiatrist, psychopharmacologist and expert in the drug Paxil.   I testified concerning the negligence and callous disregard displayed by the psychologist and psychiatrist who were working for the healthcare provider at the jail.   I also testified on causation, not only concerning the acts of the psychologist and psychiatrist, but also the nurses and administrators of the healthcare provider. See www.breggin.com for more information.

95.  Mazella v. Beals, May 8, 2017 (2014 NY Slip Op 08147 [122 AD3d 1358]) in Syracuse, New York.  This was a retrial of a malpractice suit that previously resulted in a $1,500,000 jury award in 2012 to the family of a man who committed suicide (see No. 83 above).  The NYS Court of Appeals overturned the first trial because the judge allowed the jury to hear that the NYS licensure commission had censured the defendant doctor for many other cases.  Dr. Breggin testified in the first trial that both the doctor's prescription of Paxil and his abandonment of his patient, both of which the doctor denied, contributed to or caused Mr. Beals' suicide.  On the opening day of the second trial,  a Frye challenge focused on the scientific basis of Dr. Breggin's planned testimony that (1) Paxil can cause suicide, (2) that SSRI antidepressants as a group can cause suicide, (3) that SSRIs can harm the patient's condition long-term, (4) that SSRIs can cause particularly violent suicides, and (5) that Paxil withdrawal is especially severe and can cause suicidal behavior.   When the judge found that Dr. Breggin's scientific presentation in his affidavit met the Frye standard on all issues, the defendant settled the case the following morning.  Dr. Breggin's affidavit and PDFs of the 37 papers he used to bolster his opinions are on his website, www.breggin.com.

96. Commonwealth of Massachusetts vs. Michelle Carter. Juvenile ct. Div. Taunton session 15YO0001NE. March 21, 2017. In a Daubert hearing, the judge approved Dr. Breggin an expert in psychiatry and clinical psychopharmacology, in a case involving Prozac, Lexapro and Celexa as causes of abnormal behavior, including violence and suicide. Ms. Carter was charged with manslaughter for allegedly talking her boyfriend into killing himself. Dr. Breggin testified in mid-June in Taunton, Massachusetts. See # 98 for the trial.

97. State of Utah V. Drommund. See # 91 for earlier Frye hearing. July 10-11, 2017, Dr. Breggin

31

testified about antidepressants causing violence in the criminal case. The verdict is pending.

98. Commonwealth of Massachusetts vs. Michelle Carter. See # 96 for earlier Daubert hearing. June 12-13, 2017. In addition to testifying about involuntary intoxication with Prozac and Celexa, Dr. Breggin testified about the effects on seventeen-year-old Michelle of abuse perpetrated against her by texting and phone calls from eighteen-year-old boy who committed suicide. Dr. Breggin also testified concerning the effects on the young man of experiencing child abuse and witnessing domestic abuse in his own family. Michelle was convicted of manslaughter but received a light sentence (15 months in the local House of Corrections, stayed until lengthy appeals are finished). After her conviction and sentencing, Dr. Breggin wrote a Blog Series in six parts about the Michelle Carter trial, available on www.breggin.com.

99. Commonwealth of Virginia vs. James Foringer. June 21, 2017, Circuit Court in Roanoke, Virginia. A respected reverend was charged with using a gun in a holdup. The impulsive act was committed in daylight at a pharmacy where he was well-known and easily identified as customer who had previously stopped by earlier in the day. Dr. Breggin testified that Rev. Foringer was suffering from an involuntary intoxication under the influence of a recently increased dose of Prozac and an overdose of prescribed oxycodone to which he was addicted. Dr. Breggin further testified that the two drugs have a special interaction that heightens their combined adverse effects. The defense attorney felt the judge lightened the sentence because of Dr. Breggin's testimony.

PETER R. BREGGIN, MD
LIST OF TRIAL TESTIMONY LAST FOUR YEARS
August 12, 2018

Sheridan v. Lehman, August 2014, Superior Court of New Jersey Law Division: Monmouth County, Docket No. MON-L-1913-11. Malpractice case. A man with no significant prior history of mental disorder committed suicide 16 days after he was prescribed Lexapro and Ativan by his internist. I testified on causation, including the scientific literature, FDA approval process, and drug labeling. The jury found for the defendant.

Amedia V. United States of America. Case Number 4:2011CV00378. August 22, 2014. Arizona District Court, Tucson, Division Office, County of Pima. Malpractice against the Veterans Administration for causing addiction to benzodiazepines and tardive dyskinesia. Testified concerning addiction and its treatment, FDA labels and approval process, and adverse effects of polydrug treatment including sertraline (Zoloft), bupropion (Wellbutrin), fluoxetine (Prozac), trazodone (Desyrel), temazepam (Restoril), venlafaxine (Effexor), propranolol (Inderal), oxazepam (Serax), primidone (Mysoline), benztropine (Cogentin), quetiapine (Seroquel), lorazepam (Ativan), diazepam (Valium), paroxetine (Paxil, olanzapine (Zyprexa), lamotrigine (Lamictal), mirtazapine (Remeron) and zolpidem (Ambien).

Archer v. Grange Insurance Associates August 20, 2014 in binding arbitration before the Washington Arbitration & Mediation Services, Case number 130530002. This complex case surrounded a brain injury sustained in an automobile accident with multiple symptoms of traumatic brain injury (TBI) that led to the prescription of the antidepressant Paxil and eventual suicide. I testified about causation, as well as irresistible impulse. The plaintiff's family was awarded $55,900 of a possible $125,000 insurance policy.

State of Utah v. Drommund. Second Judicial District Court, Farmington, Utah. January 13, 2015. Criminal Case Number 051701317FS. After a Frye hearing, the judge approved Dr. Breggin's qualifications as an expert in psychiatry and psychiatric medications. The case was an appeal of murder conviction on the grounds that the trial judge did not allow evidence on psychiatric drugs causing violence and murder, primarily Effexor (venlafaxine), but also Provigil, Zyprexa, Trazodone, and Depakote. See # 97 for the trial.

Morton v. PeaceHealth, malpractice, Circuit Court of Oregon in Lane County (Eugene). June 14, 2015. ORS21.160 (1) (D). Testified on causation concerning tardive dyskinesia (TD) caused by one dose of metoclopramide (Reglan) in an emergency room. [Patient had prior exposure to many doses of Phenergan (promethazine)].

13

State of Iowa v. Moffitt. Criminal number FECR276050. June 29, 2015. Testified about role of antidepressants bupropion (Wellbutrin) and trazodone in aggravating or causing violence and murder.

Ponzini et al. v. Monroe County et al., case number 3:11-cv-00413, in the U.S. District Court for the Middle District of Pennsylvania in Scranton. September 15, 2016. In the case of a 46- year-old man who committed suicide in jail after being restarted on the antidepressant Paxil, a federal jury awarded $11.9 million including $8 million in punitive damages against the healthcare provider and its individual personnel. The federal judge qualified me as a psychiatrist, psychopharmacologist and expert in the drug Paxil. I testified concerning the negligence and callous disregard displayed by the psychologist and psychiatrist who were working for the healthcare provider at the jail. I also testified on causation, not only concerning the acts of the psychologist and psychiatrist, but also the nurses and administrators of the healthcare provider. See www.breggin.com for more information.

Mazella v. Beals, May 8, 2017 (2014 NY Slip Op 08147 [122 AD3d 1358]) in Syracuse, New

Appeals overturned the first trial because the judge allowed the jury to hear that the NYS licensure commission had censured the defendant doctor for many other cases. Dr. Breggin testified in the first trial that both the doctor's prescription of Paxil and his abandonment of his patient, both of which the doctor denied, contributed to or caused Mr. Beals' suicide. On the opening day of the second trial, a Frye challenge focused on the scientific basis of Dr. Breggin's planned testimony that (1) Paxil can cause suicide, (2) that SSRI antidepressants as a group can cause suicide, (3) that SSRIs can harm the patient's condition long-term, (4) that SSRIs can cause particularly violent suicides, and (5) that Paxil withdrawal is especially severe and can cause suicidal behavior. When the judge found that Dr. Breggin's scientific presentation in his affidavit met the Frye standard on all issues, the defendant settled the case the following morning. Dr. Breggin's affidavit and PDFs of the 37 papers he used to bolster his opinions are on his website.

Commonwealth of Massachusetts vs. Michelle Carter. Juvenile ct. Div. Taunton session 15YO0001NE. March 21, 2017. In a Daubert hearing, the judge approved Dr. Breggin an expert in psychiatry and clinical psychopharmacology, in a case involving Prozac, Lexapro and Celexa as causes of abnormal behavior, including violence and suicide. Ms. Carter was charged with manslaughter for allegedly talking her boyfriend into killing himself. Dr. Breggin testified in mid-June in Taunton, Massachusetts. See # 98 for the trial.

State of Utah V. Drommund. See earlier Frye hearing. July 10-11, 2017, Dr. Breggin testified about antidepressants causing violence in the criminal case. The verdict is pending.

Commonwealth of Massachusetts vs. Michelle Carter. See earlier Daubert hearing. June 12-13, 2017. In addition to testifying about involuntary intoxication with Prozac and Celexa, Dr. Breggin testified about the effects on seventeen-year-old Michelle of abuse perpetrated against her by texting and phone calls from eighteen-year-old boy who committed Suicide. Dr. Breggin also testified concerning the effects on the young man of experiencing child abuse and witnessing domestic abuse in his own family. Michelle was convicted of manslaughter but received a light sentence (15 months in the local House of Corrections, stayed until lengthy appeals are finished). After her conviction and sentencing, Dr. Breggin wrote a Blog Series in six parts about the Michelle Carter trial.

Commonwealth of Virginia vs. James Foringer. June 21, 2017, Circuit Court in Roanoke, Virginia. A respected reverend was charged with using a gun in a holdup. The impulsive act was committed in daylight at a pharmacy where he was well-known and easily identified as customer who had previously stopped by earlier in the day. Dr. Breggin testified that Rev. Foringer was suffering from an involuntary intoxication under the influence of a recently increased dose of Prozac and an overdose of prescribed oxycodone to which he was addicted. Dr. Breggin further testified that the two drugs have a special interaction that heightens their combined adverse effects. The defense attorney felt the judge lightened the sentence because of Dr. Breggin's testimony.

State of Ohio v. Luebrecht. January 4, 2018. In the court of common pleas of Putnam County, Ohio. Case No. 2005CR0047. A man on increasing doses of Wellbutrin and Effexor, as well as on Ativan and Zyprexa, drowned his 14-month old son in a bathtub. This was an appeal for a new trial based on new scientific evidence, asking the court "to set aside its judgment of conviction, and permit Defendant to withdraw his previously tendered plea of guilty to correct a manifest injustice."

Durand v. Sarver Family Practice. May 29, 2018. Court of Common Pleas of Butler County, Commonwealth of Pennsylvania. No. 2014-10067. Daubert-like hearing testimony. A 20-year old man committed suicide after starting Zoloft.

Commonwealth of Pennsylvania. No.:2014-10007. Trial testimony. A 20-year old man committed suicide after starting Zoloft.