**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE RIERA; DEBORAH CHASE, MICHELLE HIMES, DIANNE SCURRAH, MARCIA BENJAMIN AND DANIEL BENJAMIN<br><br>Plaintiffs,<br><br>v.<br><br>MECTA, INC., AND SOMATICS, LLC,<br><br>Defendants. | Case No.: 2:17-CV-06686-RGK-PJW<br><br>Assigned to Hon. R. Gary Klausner, Court Room 850<br><br>***[PROPOSED]***<br>**FINAL JUDGMENT** |

This Court, based in part on the Court's prior June 19, 2018 Order dismissing the claims of plaintiffs JOSE RIERA, DEBORAH CHASE, MICHELLE HIMES, DIANNE SCURRAH, MARCIA BENJAMIN and DANIEL BENJAMIN [Dkt. No. 70] against certain defendants, and the Court's October 1, 2018 Order dismissing the remaining action between plaintiffs JOSE RIERA, DEBORAH CHASE and defendant SOMATICS, LLC (collectively the "Parties"), while expressly retaining jurisdiction to enforce the Parties' settlement, and good cause appearing,

HEREBY ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

1. The request for entry of final judgment is GRANTED.

2. Final Judgment is entered against JOSE RIERA, DEBORAH CHASE, MICHELLE HIMES, DIANNE SCURRAH, MARCIA BENJAMIN and DANIEL BENJAMIN pursuant to the Court's June 19, 2018 Order [Dkt. No. 70] dismissing JOSE RIERA, DEBORAH CHASE, MICHELLE HIMES, DIANNE SCURRAH, MARCIA BENJAMIN and DANIEL BENJAMIN with prejudice against defendant MECTA Corporation, and also pursuant to the Court's June 19, 2018 Order [Dkt. No. 70] dismissing MICHELLE HIMES, DIANNE SCURRAH, MARCIA BENJAMIN and DANIEL BENJAMIN with prejudice against defendant SOMATICS, LLC, and pursuant to the Court's October 1, 2018 Order [Dkt. No. 160] dismissing the remaining action between plaintiffs JOSE RIERA, DEBORAH CHASE and defendant SOMATICS, LLC.

3. The Parties' respective rights to appeal the Court's June 19, 2018 Order [Dkt. No. 70], or any other interlocutory orders issued in this action, following entry of this judgment are expressly RESERVED and NOT waived.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: December 14, 2018

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE