**BAUM HEDLUND ARISTEI & GOLDMAN P.C.**
Bijan Esfandiari, Esq. (SBN 223216)
Monique A. Alarcon, Esq. (SBN 311650)
besfandiari@baumhedlundlaw.com
malarcon@baumhedlundlaw.com
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
(310) 207-3233 Tel
(310) 820-7444 Fax

Counsel for Plaintiffs, MICHELL HIMES; DIANE SCURRAH; MARCIA BENJAMIN; and DANIEL BENJAMIN

**POOLE & SHAFFERY, LLP**
David S. Poole (SBN 94690)
 dpoole@pooleshaffery.com
Jason A. Benkner (SBN 286790)
 jbenkner@pooleshaffery.com
400 South Hope Street, Suite 720
Los Angeles, California 90017
(213) 439-5390
(213) 439-0183 Facsimile

Counsel for Defendant, SOMATICS, LLC

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HIMES; DIANE SCURRAH; MARCIA BENJAMIN; and DANIEL BENJAMIN,<br><br>Plaintiffs,<br>vs.<br><br>SOMATICS, LLC<br><br>Defendant. | Case No.: 2:17-CV-06686-RGK-PJW<br>[Assigned to Hon. R. Gary Klausner, Court Room 850]<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order (ECF No. 187) is **GRANTED**.  **IT IS SO ORDERED.**

Dated: August 14, 2020                    *Patrick J. Walsh*
                                            _____
                                            HON. PATRICK J. WALSH
                                            United States Magistrate Judge

1
**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**