Bijan Esfandiari, Esq., State Bar No. 223216
besfandiari@baumhedlundlaw.com
R. Brent Wisner, Esq., State Bar No. 276023
rbwisner@baumhedlundlaw.com
Monique Alarcon, Esq., State Bar No. 311650
malarcon@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
(310) 207-3233 Tel
(310) 820-7444 Fax

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HIMES; MARCIA BENJAMIN; AND DANIEL BENJAMIN,<br><br>Plaintiffs,<br><br>v.<br><br>SOMATICS, LLC;<br><br>Defendant. | Case No.: 2:17-CV-06686-RGK-JCx<br><br>[Assigned to Hon. R. Gary Klausner, Court Room 850]<br><br>**NOTICE OF APPEAL** |

1  Notice is hereby given that MICHELLE HIMES, MARCIA BENJAMIN and DANIEL BENJAMIN, as Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following orders entered in this action:

   1. In Chambers Order Granting Defendant Somatics, LLC's Motion for Summary Judgment, entered on May 14, 2021, ECF No. 278, and resulting judgment.

Dated: May 18, 2021

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

By:  /s/ Bijan Esfandiari
Bijan Esfandiari, Esq. (SBN: 223216)
besfandiari@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Monique Alarcon, Esq. (SBN: 311650)
malarcon@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiffs*