# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIERA; DEBORAH CHASE; MICHELLE HIMES; DIANNE SCURRAH; MARCIA BENJAMIN; AND DANIEL BENJAMIN,<br><br>Plaintiffs,<br><br>vs.<br><br>MECTA CORPORATION; SOMATICS, LLC,<br><br>Defendants. | Case No.: 2:17-CV-06686-RGK-JCx<br><br>[~~PROPOSED~~]<br>**FINAL JUDGMENT** |

This Court, based on its May 14, 2021 Order Re: Defendant's Motion for Summary Judgment [DE 278], and good cause appearing, HEREBY ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

1. Final Judgment is entered against Plaintiffs MICHELLE HIMES, MARCIA BENJAMIN and DANIEL BENJAMIN ("Plaintiffs"), pursuant to the Court's May 14, 2021 Order [DE 278], dismissing Plaintiffs' third and fourth claims with prejudice and granting summary judgment in favor of Defendant, SOMATICS LLC ("Somatics"), with respect to Plaintiffs' remaining claims.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: May 21, 2021

_____
Hon. R. Gary Klausner
UNITED STATES DISTRICT COURT