**FILED**

**MAY 10 2022**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHELLE HIMES; et al., <br><br> Plaintiffs-Appellants, <br><br> and <br><br> JOSE RIERA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOMATICS, LLC, <br><br> Defendant-Appellee, <br><br> and <br><br> MECTA CORPORATION, <br><br> Defendant. | No.   21-55517 <br><br> D.C. No. <br> 2:17-cv-06686-RGK-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: IKUTA, LEE, and FORREST, Circuit Judges.

Appellee Somatics, LLC is directed to file a response to Appellants Daniel Benjamin and Marcia Benjamin's petition for panel rehearing and rehearing en banc, filed with this court on April 15, 2022. The response shall not exceed 15 pages or 4,200 words, and shall be filed within twenty-one (21) days of the filed date of this order.