Bijan Esfandiari, Esq., State Bar No. 223216
Monique Alarcon, Esq., State Bar No. 311650
besfandiari@wisnerbaum.com
malarcon@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., 1750
Los Angeles, CA 90025
(310) 207-3233 Tel
(310) 820-7444 Fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HIMES; MARCIA BENJAMIN; AND DANIEL BENJAMIN,<br><br>Plaintiffs,<br><br>v.<br><br>SOMATICS, LLC;<br><br>Defendant. | Case No.: 2:17-CV-06686-RGK-JCx<br><br>[Assigned to Hon. R. Gary Klausner, Court Room 850]<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, Michelle Himes ("Plaintiff"), and Defendant, Somatics, LLC ("Somatics"), through undersigned counsel and pursuant to Local Rule 16-15.7, provide notice that Plaintiff and Somatics have reached an agreement in principle to settle the claims against Somatics. The parties anticipate filing an appropriate stipulation of dismissal with prejudice, each party to bear its own fees and costs, in the near future.

Dated: December 9, 2024         **WISNER BAUM, LLP**

*/s/ Monique Alarcon*
Monique Alarcon, Esq. (SBN: 311650)
Bijan Esfandiari, Esq. (SBN: 223216)

1
NOTICE OF SETTLEMENT

malarcon@wisnerbaum.com
besfandiari@wisnerbaum.com
11111 Santa Monica Blvd., 17500
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Attorneys for Plaintiff

Dated: December 9, 2024    **POOLE SHAFFERY LLP**

*/s/ Jason Benkner*
David S. Poole, Esq.
Jason A. Benkner, Esq.
25350 Magic Mountain Parkway, Suite 250
Santa Clarita, CA 91355
(661) 290-2991 Telephone
(661) 290-3338 Facsimile
dpoole@pooleshaffery.com
jbenkner@pooleshaffery.com

# CERTIFICATE OF SERVICE

(F.R.Civ.P. Rule 5(b); U.S.D.C., C.D. Cal., L.R. 5-3; C.C.P. §§ 1013a, 2015.5)

**Himes, et al. v. Somatics, LLC**
United States District Court Case No. 2:17-CV-06686-RGK-JC

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 11111 Santa Monica Blvd.,1750, Los Angeles, CA 90025.

On December 9, 2024, I served the foregoing documents described as: **NOTICE OF SETTLEMENT** on the interested parties in said action as follows:

| | |
|---|---|
| David S. Poole, Esq.<br>Jason A. Benkner, Esq.<br>**POOLE SHAFFERY LLP**<br>25350 Magic Mountain Parkway, Suite 250<br>Santa Clarita, CA 91355<br>(661) 290-2991 Telephone<br>(661) 290-3338 Facsimile<br>dpoole@pooleshaffery.com<br>jbenkner@pooleshaffery.com | Attorneys for Defendant<br><br>SOMATICS, LLC |
| Susan Cole<br>**MG+M The Law Firm**<br>701 Brickell Avenue, Suite 2000<br>Miami, FL 33131<br>SCole@mgmlaw.com | Attorneys for Defendant<br><br>SOMATICS, LLC |

I, Monique Alarcon, hereby certify that on this date, December 9, 2024, the foregoing was filed electronically via the Court's CM/ECF system, to be served on all counsel of record by operation of the Court's electronic filing system.

*/s/ Monique Alarcon*
Monique Alarcon