JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HIMES; MARCIA BENJAMIN; AND DANIEL BENJAMIN,<br><br>Plaintiffs,<br><br>v.<br><br>SOMATICS, LLC;<br><br>Defendant. | Case No.: 2:17-cv-06686-RGK-JCx<br><br>[Assigned to Hon R. Gary Klausner, Court Room 850]<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [344] |

Having reviewed the parties' stipulation for dismissal with prejudice, the Court hereby ORDERS this action dismissed with prejudice. Each side is to bear their own costs and attorney's fees.

All deadlines and hearings are vacated. The Clerk shall close this case.

**IT IS SO ORDERED.**

Date: 1/23/2025

*/s/ Gary Klausner*

Hon. R. Gary Klausner
U.S. District Judge

-1-

[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE